**Redacted Declaration, Exhibit B**

**Application to Seal Forthcoming**