

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2590

March 25, 2024

*Via ECF*
Hon. Christian F. Hummel, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:   *Chu et al. v. Rosa*, 1:24-cv-75 (DNH/CFH)

Dear Judge Hummel:

The Office of the Attorney General ("OAG") represents the Defendant, Betty A. Rosa, in her official capacity as Commissioner of Education for the State of New York, in the above-referenced matter. On March 18, 2024, a motion to dismiss was filed on behalf of the Defendant. Dkt. No. 25.  In light of the dispositive motion filing, I respectfully request that the April 19, 2024 conference be adjourned and the deadlines set forth in the Court's General Order #25 (Dkt. No. 3) be stayed pending the Court's decision on the motion. Plaintiffs' Counsel has no objection to this request.

Thank you as always for your attention to this matter and courtesy in this regard.

Sincerely,

Lela M. Gray
Assistant Attorney General

cc:   All Counsel of Record (*via ECF*)