

**Office of the New York State Attorney General**

**Letitia James Attorney General**

Writer Direct: (518) 776-2590

December 2, 2024

<u>Via ECF</u>
Hon. Christian F. Hummel, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

  Re: *Chu et al. v. Rosa*, 1:24-cv-75 (DNH/CFH)

Dear Judge Hummel:

  On behalf of the Defendant, Betty A. Rosa, I respectfully request an extension of Defendant's time to answer from December 6, 2024 to **January 21, 2024**. Plaintiffs' Counsel graciously consented to the extension. This extension is sought because I am awaiting necessary information from the state body/agency which administers the program being challenged.

  I thank the Court for considering this request.

Sincerely,

Lela M. Gray
Assistant Attorney General

cc: All Counsel of Record (*via ECF*)