

October 14, 2025

Hon. Paul J. Evangelista                                                                                                    Via ECF
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY  12207

Re: Chu et al. v. Rosa, 1:24-cv-00075 (DNH/PJE)

Dear Judge Evangelista:

     Pursuant to this Court's text order dated August 29, 2025, the parties submit the following status report.

     Counsel for the parties continue to actively pursue a potential resolution of this matter. The parties have exchanged written settlement proposals and counter-proposals, and met via videoconference on October 10, 2025. The parties have agreed on the majority of the proposed settlement terms and continue to negotiate on three remaining points.

     Counsel for each party is currently engaged in further discussion with their clients and will meet again via videoconference in the next week. To facilitate these continued negotiations, the parties jointly request that the Court stay discovery in this matter for an additional twenty-one (21) days, until November 4, 2025, to allow the parties to conclude their settlement negotiations.

     If approved by the Court, the parties propose to file a joint letter on or before November 4, 2025, advising the Court whether a settlement agreement has been reached. Should the parties fail to agree to a settlement, the joint letter will also request a conference with the Court to discuss any remaining discovery needed and any adjustment to the case schedule that should be made as a result of the discovery stay. Should the parties feel that the Court may be of assistance in bringing this matter to a resolution, the parties will file a request for a settlement conference.

     The parties appreciate the Court's consideration of this joint request.

Sincerely,

*[signature]*                                                                   *[signature]*

Erin E. Wilcox                                                                  Lela M. Gray
Pacific Legal Foundation                                              Assistant Attorney General
Counsel for Plaintiffs                                                    Counsel for Defendant

555 Capitol Mall, Suite 1290 • Sacramento, CA 95814 • plf@pacificlegal.org • 916.419.7111 • pacificlegal.org