

**Office of the New York State Attorney General**

**Letitia James Attorney General**

March 6, 2026

<u>Via ECF</u>
Hon. Paul J. Evangelista
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

     Re:    *Chu et al. v. Rosa*, 1:24-cv-75 (DNH/PJE)

Dear Judge Evangelista:

     This joint status letter is submitted pursuant to the Court's Order of January 22, 2026. *See* Dkt. No. 68. The parties have not reached a settlement of this matter. Counsel for the parties have met and conferred, and propose the following amended discovery schedule for the Court's consideration:

     1.    Written discovery shall be completed by **April 30, 2026**;
     2.    All remaining discovery shall be completed by **May 29, 2026**;
     3.    Dispositive and jurisdictional motions shall be filed by **August 21, 2026**.

     The parties thank the Court for considering this joint request.

Sincerely,

_____
Lela M. Gray
Assistant Attorney General
*Attorney for Defendant*

_____
Erin E. Wilcox
Pacific Legal Foundation
*Attorney for Plaintiffs*