**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| N.C. ex rel. YIATIN CHU; CHINESE AMERICAN CITIZENS ALLIANCE OF GREATER NEW YORK; INCLUSIVE EDUCATION ADVOCACY GROUP; and HIGHER WITH OUR PARENT ENGAGEMENT,<br><br>        Plaintiffs,<br><br>    v.<br><br>BETTY A. ROSA, in her official capacity as Commissioner of Education for the State of New York,<br><br>        Defendant. | No. 1:24-cv-75 (DNH/PJE) |

**STIPULATION OF DISMISSAL OF INCLUSIVE EDUCATION ADVOCACY GROUP'S CLAIM**

Plaintiffs N.C. ex rel. Yiatin Chu, Chinese American Citizens Alliance of Greater New York (CACAGNY), Inclusive Education Advocacy Group (IEAG), and Higher With Our Parent Engagement (HOPE), and Defendant Betty A. Rosa, in her official capacity as Commissioner of Education for the State of New York, stipulate as follows:

1. Plaintiffs' counsel has learned that IEAG has ceased operations as a group and can no longer participate as a plaintiff in this lawsuit, and thus must withdraw from this case.

2. The parties agree that dismissal of IEAG's claim will not prejudice the remaining parties.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties agree that IEAG's claim should be dismissed with prejudice.

1

4. The parties further agree that this Stipulation has no effect on the claims of the remaining Plaintiffs: N.C. ex rel. Yiatin Chu, CACAGNY, and HOPE.

5. No party shall be considered the prevailing party for purposes of IEAG's claim. Each party will bear its own costs and attorneys' fees with respect to IEAG's claim.

Dated: May 4 , 2026.

Respectfully submitted,

/s/ David J. Hoffa
DAVID J. HOFFA*
Ariz. Bar No. 038052
Pacific Legal Foundation
3241 E. Shea Blvd., Suite 108
Phoenix, AZ 85028
Telephone: (916) 419-7111
dhoffa@pacificlegal.org

ERIN E. WILCOX*
Cal. Bar No. 337427
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
ewilcox@pacificlegal.org

William A. Jacobson, Esq.*
James R. Nault, Esq.*
Equal Protection Project of the
Legal Insurrection Foundation
18 Maple Ave., #280
Barrington, RI 02806
Telephone: (401) 246-4192
contact@legalinsurrection.com
jnault@legalinsurrection.com

*Pro Hac Vice
Counsel for Plaintiffs

LETITIA JAMES
New York State Attorney General
Attorney for Defendant Betty A. Rosa

By:_____
Lela M. Gray
Assistant Attorney General
Bar Roll No. 517342
The Capitol
Albany, New York 12224-0341
Telephone: (518) 776-2590
Email: Lela.Gray@ag.ny.gov

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: _____May 5, 2026_____

2