UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

N.C. ex rel. YIATIN CHU; CHINESE AMERICAN CITIZENS ALLIANCE OF GREATER NEW YORK; INCLUSIVE EDUCATION ADVOCACY GROUP; and HIGHER WITH OUR PARENT ENGAGEMENT,

*Plaintiffs*,

-against-

BETTY A. ROSA, in her official capacity as Commissioner of Education for the State of New York,

*Defendant*.

---

**NOTICE OF MOTION**

1:24-cv-75

(DNH/PJE)

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Christopher E. Fernando, Ph.D. and Lela M. Gray, Defendant's Statement of Material Facts, Memorandum of Law, and upon all prior proceedings, Defendant, Betty A. Rosa, in her official capacity as Commissioner of Education for the State of New York, on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Utica, New York, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting Defendant summary judgment and dismissing the First Amended Complaint, together with costs, expenses, and such other or further relief as may be just, proper, and equitable.

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 7.1(a)(1) of the Local Rules of Practice of the United States District Court for the Northern District of New York, any papers to be submitted in opposition to the within motion must be filed with the Clerk in Utica, New York

and served upon counsel for Defendants no later than twenty-one (21) days after service of this motion.

Dated: Albany, New York
October 13, 2026

LETITIA JAMES
New York State Attorney General
*Attorney for Defendant*
The Capitol
Albany, New York 12224

By:________________________
Lela M. Gray
Bar Number: 517342
Assistant Attorney General
Telephone: (518) 776-2590
Email: lela.gray@ag.ny.gov

To: All Counsel of Record (*via ECF*)