Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

N.C. Ex Rel. Yiatin Chu; Chinese American Citizens Alliance Of Greater New York; Inclusive Education Advocacy Group; and Higher With Our Parent Engagement

Plaintiffs,

V Index No.: 1:24-CV-00075

BETTY A. ROSA, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION FOR THE STATE OF NEW YORK,

Defendant.

________________________________X

DEPOSITION OF: YIATIN CHU

DATE: June 23, 2026

TIME: 1:00 p.m. to 3:25 p.m.

VENUE: MS Teams

Reported by Jenna Briggs

Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

APPEARANCES:

FOR THE PLAINTIFFS:

PACIFIC LEGAL FOUNDATION
BY: DAVID HOFFA, ESQ.
ERIN WILCOX, ESQ.
555 Capitol Mall, Suite 1290
Sacramento, California 95814

FOR THE DEFENDANT:

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
BY: LELA M. GRAY, A.A.G.
The Capitol
Albany, New York 12224

ALSO PRESENT:

SHALEEN SPAETH, NOTARY PUBLIC

I N D E X O F P R O C E E D I N G S

YIATIN CHU; Sworn

Direct Examination by Ms. Gray 8

Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

E X H I B I T I N D E X

| | |
|---|---|
| Marked as | |
| Described as | |
| One | 38 |
| Report Card | |
| Two | 48 |
| Amended Complaint | |
| Three | 49 |
| 2023 Tax Returns | |
| Four | 55 |
| 2024 Tax Returns | |
| Five | 58 |
| 2025 Tax Returns | |
| Six | 65 |
| Email confirmation to STEP Program | |
| Seven | 66 |
| Email notification offer | |

STIPULATIONS

It is HEREBY STIPULATED by and among the attorneys for the respective parties, in accordance with the Federal Rules of Civil Procedure, that this deposition may be taken by the Defendant/Plaintiff at this time, pursuant to a Notice of Deposition;

FURTHER STIPULATED, that all objections except as to the form of the questions and responsiveness of the answers, be reserved until trial;

FURTHER STIPULATED, that the witness may read and sign the deposition and make any corrections to same before any Notary Public;

AND FURTHER STIPULATED, that if the original deposition has not been duly signed by the witness and returned to the attorney taking the deposition by the time of trial or any hearing in this cause, a certified copy of the deposition may be used as though it were the original

(The deposition commenced at 1:00 p.m.)

COURT REPORTER: The time is now one o'clock p.m. We're on the record.

NOTARY PUBLIC: Good afternoon. My name is Shaleen Spaeth and I'm a Notary Public for the State of New York working with Associated Reporters International. I will be swearing in the witness today, but before I do that, can I please have counsel put their appearances on the record beginning with Attorney Hoffa?

MR. HOFFA: Hello there. Attorney David Hoffa appearing for the Plaintiffs. I am defending this deposition today.

NOTARY PUBLIC: Okay. Ms. Gray?

MS. GRAY: I think Ms. Wilcox would be next. Sorry.

NOTARY PUBLIC: Oh, I'm sorry. I'm sorry.

MS. WILCOX: No worries. Erin Wilcox, Pacific Legal Foundation. I represent the Plaintiffs.

NOTARY PUBLIC: Okay. And now Attorney Gray.

MS. GRAY: Thank you. Lela Gray with the New York State Attorney General's Office. I represent the Defendant Rosa.

NOTARY PUBLIC: Okay. Great. And, Ms. Chu, if you could please raise your right hand please? Do you swear or affirm that the testimony you are about to give in this cause will be the truth, the whole truth and nothing but the truth?

MS. CHU: Yes.

YIATIN CHU: Sworn

NOTARY PUBLIC: Okay. You can lower your hand. And can you please state and spell your name for the record?

THE WITNESS: Yiatin Chu, Y-I-A-T-I-N, C-H-U.

NOTARY PUBLIC: And may I please have your address just for the record?

THE WITNESS: [redacted].

NOTARY PUBLIC: You said Whitestown?

THE WITNESS: Whitestone. One word.

NOTARY PUBLIC: Oh, Whitestone.

THE WITNESS: Whitestone.

NOTARY PUBLIC: Okay. Okay. Great.

Yiatin Chu v Betty Rosa - 6-23-2026 - Yiatin Chu

The witness is sworn. She's all set and everybody have a great afternoon.

MS. GRAY: Thank you.

NOTARY PUBLIC: Thank you.

DIRECT EXAMINATION

BY MS. GRAY:

Q. Good afternoon, Ms. Chu. Am I pronouncing your last name correctly, ma'am?

A. Yes.

Q. Great. My name is Lela Gray. I am an assistant attorney general with the New York State Attorney General's Office and our office represents the Defendant in this case. I'm just going to go over a couple of things with you first that will hopefully help us get through your deposition more quickly, you know, and more efficiently. Have you been deposed before, ma'am?

A. No.

Q. Okay. All right. So I'm going to give you some instructions then just to, you know, again, help us along here today. The first thing is please make sure that you give me verbal answers to all of my questions. And that's important because a lot of times when we speak we talk with our hands, I

do it a lot, we might nod or gesture but the court reporter cannot take those things down on the record. So it's important that you give verbal responses, okay?

A. Okay.

Q. Great. Also important is if you don't hear my question or you don't understand my question please don't be shy. Let me know right away that you either didn't hear me or you didn't understand what I asked you and that way I can either repeat it or rephrase it or clarify the question for you, okay?

A. Yes.

Q. Great. I'm going to assume you understood and you heard my question unless you tell me otherwise. Is that fair? Is that fair

A. Yes.

Q. Okay great.

COURT REPORTER: I'm having trouble --

Q. If I --

COURT REPORTER: -- I'm having trouble getting your responses. It keeps cutting out like the first like little split second before you speak. I'm not sure why.

THE WITNESS: I -- I have a headphone I can plug in if that may help. I can -- give me a minute I'll get a headphone. Can you hear me?

COURT REPORTER: Yeah, I can when you give longer responses, yeah. It's just when you were -- it was just getting a snippet of what you were saying. That's all.

THE WITNESS: Okay. Let -- let me run and get the headphone.

COURT REPORTER: Okay.

THE WITNESS: I'll be right back.

THE WITNESS: Can you hear me better now?

COURT REPORTER: Yes. Yes, thank you.

THE WITNESS: Okay. I didn't hear you guys. I don't know if that's --.

MS. GRAY: Can we go off the record?

(Off the record 1:05 p.m.)

(On the record 1:06 p.m.)

COURT REPORTER: Okay. We are back on the record at one O six p.m.

BY MS. GRAY: (Cont'g.)

Q. Okay. Ms. Chu, to continue with the deposition instructions, it -- it is going to be

important that you and I only talk one at a time. It's very natural in conversation to jump in and talk over another person, but because we have the court reporter that is taking down everything that we say, please wait for me to finish my question, even if you know where I'm going with it. Just wait for the question to come out in full before you start your answer. And, likewise, I will -- I may pause after your answer just to make sure you're finished before I start my next question, okay?

A. Okay.

Q. All right. If you need a break at any point today, ma'am, just ask me. You don't have to give a reason. You can take as many breaks as you like for whatever reason you like. The only general rule is that we don't take a -- a break between a question and an answer. So if there's a pending question just answer that question and then we can take a break before the next question, okay?

A. Okay.

Q. Your attorneys may object to one or more of my questions, but please answer the question unless your attorneys instruct you not to answer. Do you understand?

A. Yes.

Q. Please do not communicate with anyone regarding this case or your testimony or your deposition while you're still under oath today including any attorneys. And that also includes the use of a cell phone, computer, chat program, anything like that while your deposition is going on. I just ask that you don't discuss your deposition or anything related to this case with anyone, okay?

A. Okay.

Q. That also includes during breaks just to clarify.

A. Okay.

Q. All right. Is there anyone in the room with you, Ms. Chu?

A. No.

Q. Have you consumed anything, taken any medications or are you under the influence of any substance that could impair your ability to provide honest, truthful testimony today or that could affect your recall for today's deposition?

A. No.

Q. Is there any reason that you cannot give honest, truthful testimony today?

Yiatin Chu v Betty Rosa - 6-23-2026 - Yiatin Chu
A. No.
Q. Do you understand that you're testifying under oath today and under penalties of perjury?
A. Yes.
Q. All right. And is there any reason whatsoever that you can't go forward with your deposition today?
A. No.
Q. Okay. Ms. Chu, did you do anything to prepare for your deposition today?
A. I reviewed the documents that I submitted that was requested. That's it.
Q. Okay. Did you speak with anyone to prepare for your deposition?
A. I spoke to my attorneys last week.
Q. Okay. And how many times, without telling me anything that was said because that's privileged, can you just tell me how many times you met with your attorneys to prepare for your deposition today?
A. One time.
Q. And was anyone or can you tell me

-- strike that.
Can you tell me who was present during that meeting?
A. David Hoffa, Erin Wilcox.
Q. Was anyone else present other than your two attorneys and yourself?
A. No.
Q. You mentioned that you reviewed some documents. Can you describe the documents that you reviewed please?
A. I reviewed what was sent to you by my attorneys.
Q. Okay.
A. Just actually what -- what was sent? Not -- I didn't actually look at the documents.
Q. Okay. So you didn't actually review any particular documents. You just -- you just got an understanding of what was given to the defense, is that correct?
A. Correct.
Q. Did you take any notes during your preparation meeting?
A. No.

Q. Do you have any documents or notes with you today?

A. No.

Q. Okay. You gave an address in Whitestone as your current residence, is that correct?

A. That's correct.

Q. How long have you lived at that address?

A. Since 2021.

Q. Are you married?

A. Yes.

Q. What is your -- are -- do you have a husband or -- or a wife?

A. Husband.

Q. And what is his name please?

A. Thomas Chiu.

Q. Would you spell his last name for us please?

A. C-H-I-U.

Q. And does your husband work?

A. No.

Q. When was the last time that he did work?

A. September -- trying to remember. Sorry I'm just trying to remember. It's a -- it's a -- it's a few years ago. It was my daughter's start of the seventh grade. So it's -- I guess it's two years ago. So 2024. Can I just -- I'm just trying to figure out it was the beginning of my daughter's seventh grade. So that would -- '23. September 2023.

Q. Okay. And back in September of 2023 what was your husband's occupation when he did work?

A. A financial analyst.

Q. How long did he hold that occupation?

A. With that company I think it's about two years.

Q. Okay. And prior to --.

A. Sorry. I -- I -- I can look that up but it was -- if you need an exact date of employment I would have to ask him.

Q. Okay. I -- I should just clarify, Ms. Chu, just let me know if -- if I ask you a question and you don't know just give me the best, honest answer that you do know --

A. Yeah.

Q. -- as you sit here today. And that's fine. Just if you let us know I'm not quite sure but this to the best of my knowledge this is the information that will be just fine. I don't want you to guess. You don't have to go get anything to check. Just tell me what you know.

A. Okay.

Q. Okay? All right. So prior to the company that he worked for as a financial analyst for two years, was he a financial analyst prior to that with another company?

A. Yes.

Q. Okay. So for how long did your husband work as a financial analyst in -- in that occupation?

A. More than a decade. Probably longer. I -- I would have to ask him.

Q. That's okay. All right. And so what caused him to stop working in -- in September of 2023?

A. His company did not renew a contract with him.

Q. Has he been looking for work

since then?

A. He did for a little while but no longer.

Q. And why not?

A. He wasn't getting any -- he wasn't getting any work.

Q. So is he essentially retired or something else?

A. Yes. Essentially retired but if someone gave him a position, I'm -- I'm sure he would seriously consider.

Q. And what is your husband's highest level of education?

A. He has a -- an M.D.

Q. So he's a medical doctor?

A. He's a trained medical doctor.

Q. In what field?

A. You mean specialty?

Q. Yes, some -- yes.

A. He was podiatry.

Q. Has he ever worked as a doctor?

A. Just part time.

Q. Okay. And, Ms. Chu, are you employed currently?

Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

A. No.

Q. When was the last time if ever that you were employed?

A. I was employed for a three month period, part time in twenty -- oh, gosh, again, it was -- it was probably 2024. 2023 or 2024. Would you like me to look that up?

Q. No.

A. It was just a very short part time position.

Q. Okay. Yeah, again, you don't have to look anything up. Just tell me the best you can --

A. Yes.

Q. -- what you can recall. Okay. So sometime in 2023 or '24 you worked part time for how long?

A. It was for a three months duration.

Q. And what did you do for employment during those three months?

A. It was social media posting, responding to the press for a state assembly member.

Q. What assembly member?

A. Lester Chang.

Q. And what caused you to stop that employment?

A. As even a part-time employer of the state they -- they did not want me to do any advocacy work. They did not want me to have public opinions about laws that are, you know, laws that were made by the state. And that was a restriction that I did not want to have in my life.

Q. Okay. Other than that three month position, have you been employed any other time in your life?

A. Yes.

Q. When was the last time you were employed prior to that?

A. 2026. I'm sorry, 2016.

Q. And what occupation did you have in 2016?

A. I was the senior vice president of product marketing at Web M.D.

Q. How long did you have that position?

A. That position was about two and a half years.

Q. Okay. And what caused you to stop that position?

A. It just was not -- I wanted to spend more time with my family. It was very stressful.

Q. Okay. What is your highest level of education?

A. I hold an M.B.A.

Q. What is your M.B.A. in?

A. Marketing.

Q. When did you obtain that degree?

A. 1991.

Q. And where did you obtain that degree?

A. Boston University.

Q. Where did your husband obtain his M.D. degree?

A. University of Michigan.

Q. Do you have any children?

A. Yes.

Q. How many children do you have?

A. Two.

Q. And how old is your oldest child?

A. Twenty-eight.

Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
MR. HOFFA: [redacted].
MS. GRAY: [redacted]
MR. HOFFA: [redacted]
BY MS. GRAY: [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted].
Q. [redacted]

[redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted].

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted].

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

[redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted],
[redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

[redacted]

A. [redacted]

[redacted]

Q. [redacted]

[redacted]

A. [redacted].

Q. [redacted]

A. [redacted].

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

[redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted].
[redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

[redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]?

[redacted]

A. [redacted]

Q. [redacted].

[redacted]

A. [redacted]

MS. GRAY: [redacted]

MR. HOFFA: [redacted]

BY MS. GRAY: [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted].

Q. [redacted]

[redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

[redacted]

A. [redacted]

Q. [redacted]

A. [redacted].

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

[redacted]

A. [redacted]

Q. [redacted]

COURT REPORTER: [redacted]

MS. GRAY: [redacted]

COURT REPORTER: [redacted]

MS. GRAY: [redacted]

COURT REPORTER: [redacted]

BY MS. GRAY: (Cont’g.)

Q. [redacted]. [redacted]

A. [redacted]

Q. [redacted]

[redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted].

[redacted]

[redacted]

Q. [redacted] --.

A. [redacted]-
[redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]?

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

Q. [redacted]

A. [redacted], [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. We've been going about two hours. Could you use a break, Ms. Chu?

A. It's been two hours?

Q. Oh, no. One hour.

A. I was going to say --

Q. Sorry.

A. -- time flies when you're having fun.

Q. Otherwise we can keep going if you -- if you'd like.

A. I'm fine to keep going.

Q. Okay. Okay. Ms. Chu, I'm now showing you another screen. I'm going to scroll down just so you can see both pages I'm going to show you and then ask you questions. Okay?

A. Okay.

Q. Okay. So, Ms. Chu, I'm showing you a document that is two pages long. Do you -- do you recognize the document?

A. Yes.

Q. And what -- what is this document?

A. It's a document I signed with representing facts that I say is true.

Q. Okay. And in the document title do you use it there?

A. Yes.

Q. What is the title of this document?

A. Declaration of Yiatin Chu.

Q. And if I look on page two there is a signature box. Do you see that, ma'am?

A. Yes, I do.

Q. Is that your signature there?

A. Yes, it is.

Q. And what date did you sign this on?

A. On March 29th, 2024.

Q. Okay. I am just going to draw your attention to paragraph number seven in this declaration. It says that N.C. is able and ready to apply for admission to the science and technology entry program, STEP, session at New York University for the summer of 2024. Do you see that?

A. Yes, I do.

Q. Back in 2024 was N.C. interested in the STEP program at New York University for the summer of 2024?

A. Yes.

Q. Do you know how she learned about that program?

A. From me.

Q. Okay. And how did you learn about that program?

A. Friend had mentioned as possible summer activities.

Q. Which -- which friend please?

A. I don't recall. It was just in

parents' chat groups.

Q. Okay. Earlier you mentioned that N.C. had indicated to you an interest in engineering, is that correct?

A. Yes.

Q. Was her interest in engineering expressed to you before or after she had an interest in the New York University 2024 summer STEP program?

A. After.

Q. At the time, you know, prior to the summer of 2024, had -- had N.C. indicated to you that she had an interest in a science or medical career?

A. Not necessarily.

Q. The next paragraph or -- strike that.

It's my understanding that N.C. never applied to the New York University program for the STEP program for the summer of 2024, is that correct?

A. That's correct.

Q. Was the program something that -- well strike that.

So you indicated that it was you that first learned about the program, correct?

A. Correct.

Q. And did -- did you talk to N.C. about the program after you learned about it?

A. Yes.

Q. And did she express interest in the program after you discussed it with her?

A. [redacted] to do during the summer.

Q. Did you -- when you learned of STEP program, did you learn about the STEP program general or specific to New York University?

A. I think it was general.

Q. And what made you choose New York University's STEP program as opposed to other STEP programs?

A. I regarded N.Y.U. as a pretty respectable university in an -- in an area that we could get to easily.

Q. Paragraph eight of your declaration says because N.C. is Asian American she must satisfy the family income threshold to be eligible to apply for this program. Do you see that?

A. Yes.

Q. Did I read that correctly?
A. Yes.
Q. Okay. Back in early 2024 did your family income meet the threshold to be eligible to apply for the New York University STEP program?
MR. HOFFA: Objection. Calls for a legal conclusion. You can answer.
A. No.
Q. Okay. And so was it your understanding or when you say no can you explain what you mean by that? Do -- do you have an idea of what the threshold was and what your family income was at the time?
A. My husband was still holding a job at the time and he made a -- what I consider a good salary. So we would not qualify for anything that would be considered to be for low-income students.
Q. So is it fair to say that at the time that you signed this declaration on March 29th of 2024 your family income was too high to qualify under the income qualification prong of STEP, is that correct?
A. Yes.

Q. Okay. Ms. Chu, I am now showing you a document that was exchanged during discovery. It starts at P one fourteen and goes through P one nineteen. Again, for the record, this document is subject to the confidentiality agreement and will not be disclosed to the court reporter for production with the transcript. Is that okay, David?

MR. HOFFA: I'm sorry, can you say that one more time?

MS. GRAY: Just for the record, I'm -- I'm showing what was exchanged in discovery as P one fourteen through P one nineteen and this document is not going to be disclosed with the transcript because it's subject to the confidentiality agreement. Is that okay with you?

MR. HOFFA: Yes. Agreed. Thank you.

MS. GRAY: Great.

BY MS. GRAY: (Cont'g.)

Q. Ms. Chu, do you recognize the document that I'm showing you that's marked P one fourteen through One nineteen?

A. Yes.

Q. Okay. And what is this document?

A. These are my tax returns.

Q. And what -- what year or years -- and I can scroll through it?

A. Yeah, I'm seeing 2023 and if you want to scroll I can -- this is 2023.

Q. Right. Okay. Now, again, to protect your privacy, ma'am, I'm just going to point to numbers and ask you if they're accurate. Okay? But I don't want you to say it for the record the number because that would put your personal information on the transcript if that makes sense.

So I'm looking at what is P one fourteen at the bottom of the page. The tax return there's a line that is numbered fifteen and it says taxable income. Can you agree with me, ma'am that to the best of your knowledge is the -- the number listed on the bottom right most corner of P one fourteen was that your family's taxable income for the year 2023?

A. Yes.

Q. And at that time your husband's occupation was a financial analyst, correct?

A. Yes.

Q. And at that time you were not employed, is that correct?

A. Yes.

Q. Okay. Ms. Chu, I'm now showing you another document. Again, for the record, this document was exchanged during discovery and it is marked as P one twenty through P one twenty-five and is also subject to the confidentiality agreement and therefore will not be disclosed to be put with the transcript. Ms. Chu, do you recognize this document I'm showing you and I'll -- I'll scroll through it again so you can see that starts at P one twenty and goes through P one twenty-five?

A. Yes.

Q. Okay. And generally what -- what do you recognize this document as?

A. It's my 2024 tax returns.

Q. At the very bottom of this tax return, T one twenty-five it indicates your husband's occupation as a financial analyst. Do you see that there in the bottom right --

A. Yes.

Q. -- most box?

A. Yes.

Q. Was your husband still employed as a financial analyst in 2024?

A. Partially, yes.

Q. And then after that you said that he was not employed, correct?

A. Correct.

Q. On the document that is marked as P one twenty, if we go to the bottom right most corner, which is indicated on the tax return as line fifteen, it says taxable income there. And then there's a number. Do you see that number?

A. Yes.

Q. Is that accurate? The bottom right most number, line fifteen on P one twenty?

A. It must be. I may have gotten my years confused honestly. He stopped working in September of -- it's either 2023 or 2024. That's -- that's why when we had the questions I wasn't quite sure which year.

Q. Okay. To the best of your knowledge though on this document that's accurate in terms of your family's --

A. Yes, yes, sure.

Q. -- income.

A. Sure, sure.

Q. For the 2024 tax year, is that

correct?

A. Yes.

Q. Okay. There are some -- drawing your attention now to P one twenty-three, line number eight on that page indicates some gains and losses. Do you see that?

A. Yes.

Q. Can you just generally tell me what gains or losses you experienced in 2024 that comprised that number?

A. That may have been from a sale of a property.

Q. Okay. So your family lost money in the sale of a property?

A. Yes.

Q. And, again, can you -- I don't want to probe too hard into your personal information, but to the best of your -- your ability in a general way, can you tell me how you sustained losses in the sale of a property you owned?

A. I have to check my records, but I believe that we sold what was our residence for a number of years. And we lost money on the sale of that co-op.

Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

Q. So was it because you owed more money than you got from the sale? You owed more money on the house?

A. Yes, we -- we did not -- we owed more in the sale of the -- the co-op than we bought it for, yes.

Q. Okay. Ms. Chu, I'm now showing you a document that was exchanged during discovery. It runs through P one twenty-six and goes through P one thirty-one. Again, this document is subject to the confidentiality agreement and will not be produced with this transcript. Do you recognize the documents marked P one twenty-six through one thirty-one?

A. Yes.

Q. The -- what is this document?

A. It's my 2025 tax returns.

Q. Okay. And you and your husband filed jointly that year, correct?

A. Yes.

Q. And all the -- the -- that we looked at I believe you filed jointly as well. I can pull those back up if you'd like, but if -- if you recall, did you file jointly all three years?

A. Yes.

Q. Okay. On the P one twenty-six line, I guess this time it's line eleven A which is the bottom most right corner there's a number that's indicated there. Do you see that?

A. Yes.

Q. Okay. And that's indicated as your family's adjusted gross income. To the best of your knowledge, is that an accurate number there?

A. Yes.

Q. [redacted]

A. [redacted].

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted],
[redacted]

A. [redacted]

Q. [redacted]

Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

[redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. Okay. I don't either so that's why I was asking you. Okay.

A. But there -- I -- I do know there are accounting rules and I don't know what they are.

Q. Okay. Has N.C. applied to the STEP program since January of 2024?

A. Yes.

Q. How many times?

A. Once.

Q. And when was that application submitted?

A. I think it was in April of 2026? Was either March, April. I don't know the exact date.

Q. Okay. Was that her choice or yours or both?

A. It was mostly her choice. As I shared earlier, she applied to two other programs for the summer. She was looking for programs that, you know, would be of interest to her. And she applied to three programs in all.

Q. For the summer of 2026, is that correct?

A. That's correct.

Q. Did she apply to any other STEP programs besides New York University?

A. No.

Q. Do you -- were you involved in the application process?

A. Only by giving her the required tax return information. But no.

Q. Do you know how she submitted her application to the New York University STEP program for the summer of 2026?

A. It was an online application.

Q. Do you know if there were any forms she had to fill out as part of that application process?

A. I believe the forms were online.

Q. Do you know if she had to submit anything other than the online forms in support of her application?

A. She needed our tax return. I assume they wanted her report card grades, but she probably took care of that herself.

Q. Okay. So beyond the tax returns, are you personally aware of any other submitting or supporting documents that she submitted?

A. No.

Q. And that application process, your understanding is that was completely online, correct?

A. Yes.

Q. And do you know if that application was submitted directly to New York

University?

A. I believe so. It was through a -- an N.Y.U. branded website.

Q. Okay. And did she get a decision on that application?

A. Yes.

Q. And what decision did she get?

A. She did not get an offer.

Q. How often -- what's your understanding of how often she could apply to a STEP program whether it's New York University or any other STEP program?

A. Can you repeat that? I -- I couldn't hear the whole question.

Q. Sure. Do you have an understanding of how often N.C. can apply to a STEP program whether it's New York University STEP program or any other STEP program?

A. Yes, I believe it's every year.

Q. Okay. So you believe that it's -- it's once a year?

A. Yes.

Q. Did N.C. apply for the 2025 summer New York University program --

A. No.

Q. -- STEP?

A. No.

Q. And why not?

A. We had summer plans.

Q. What plans did you have just -- just --?

A. We -- we travel. We traveled abroad.

Q. Okay. Do you know whether -- well, strike that.

Do you have copies of the application that N.C. submitted online to New York University for the 2026 summer STEP program?

A. I do not.

Q. Do you know if N.C. saved or kept a copy of her application and supporting documentation?

A. She did not.

Q. Do you know if there is any reason she did not save those documents?

A. I -- I don't know.

Q. Okay. Ms. Chu, I'm showing you a document that has been marked as P one forty-five and

P one forty-six. I'll start at one forty-five, ma'am, and scroll down so you can take a look at it, okay?

A. Okay.

Q. Okay. Do you recognize what this document is, ma'am?

A. Yes. It's what I recently sent to my lawyer.

Q. Okay. Again, I'll just -- just -- just to be on the safe side, I don't want to know anything about any communications you had with your attorneys, but with regard to this document, what is it?

A. It's an e-mail confirmation that my daughter applied to the STEPs program, that they were in receipt of her application, and I think that's what this one is.

Q. Okay. On the bottom of P one forty-five, the second line says we have received your application and will be in touch with you if you're missing any documents. Did I -- did I read that correctly?

A. Yes.

Q. Okay. Do you know whether or not

N.C. was ever contacted for additional documents after this e-mail?

A. Yes.

Q. Okay. And was she contacted for additional documents?

A. Yes, she was contacted for -- for the income document.

Q. Okay. And how --?

A. In fact

Q. I'm sorry, go ahead.

A. She -- she thought she had submitted with the application but she got an e-mail asking her saying that she didn't. So she sent it again.

Q. And was -- was that or would that have been a copy of the family's tax returns?

A. Yes.

Q. Are there any other income documents besides the family's tax returns that she submitted that you're aware of?

A. No.

Q. And would those tax returns been for the 2025 tax year?

A. Yes.

Q. Okay. And you said that that request was made by New York University by e-mail, is that correct?

A. Correct.

Q. And the response was given by e-mail to New York University was well?

A. Yes, I believe so.

Q. After N.C. submitted the family's 2025 tax year documents, was she asked for any further documents or supporting information?

A. No. As a matter of fact, I asked her to confirm that they received it in which she didn't get any confirmation thereafter.

Q. Okay. And now I'm showing what is -- what was exchanged during discovery as P one forty-seven. Do you recognize this document?

A. Yes.

Q. And what is this?

A. It was -- it was an e-mail -- I don't know if it's an e-mail but it was the notification from the system showing that she did not get an offer.

Q. Okay. And so do you know how this -- how your family received or N.C. received

this notification?

A. My understanding is that she got an e-mail to ask her to log into the online portal in which you have to log into a website to receive the actual letter.

Q. Okay. So you believe that she retrieved this --?

A. Yes, I asked her -- yes, yes. I said can you -- can you send me the actual rejection and she had to log into the system.

Q. Other than this letter, have you received any further letters, correspondences, e-mails, you know, any sort of communication from the university regarding N.C.'s application to the summer 2026 STEP program?

A. No.

Q. Do you know if N.C. still has a copy of the request for the family's income information?

A. I believe that was the e-mail so she probably has that.

Q. And do you know if she still has her response or submission in response to that inquiry?

A. Probably she -- she would.

Q. Okay. I'd ask that you just hold -- hold on to those or, you know, make sure that you hold on to those in -- in case we need them, okay?

A. Sure.

Q. Okay. Are you familiar with guidance that was issued by the New York State Education Department last summer relating to the STEP program?

A. Yes.

Q. What is your understanding of that guidance?

A. My understanding was that they have provided guidance to the -- the various sites to -- to basically not require an income eligibility.

Q. To -- to not require an income eligibility?

A. Or to basically -- that -- that it wasn't going to differentiated by race.

Q. Okay. So what does that mean to you?

A. That any student would be treated the same regardless of their race.

Q. And did that have any impact on

the decision for N.C. to apply for the 2026 New York University STEP program?

A. Our financial situation changed so I -- I -- it didn't make a difference.

Q. Okay. Have you been a plaintiff or a representative plaintiff -- well, strike that.

Do you understand what I mean when I ask if I -- if I were to ask you have you been a representative plaintiff in a lawsuit, do you have an understanding of what that means?

A. Can you clarify what a representative of a plaintiff?

Q. So, for example, in this case you're representing your daughter, correct?

A. Correct.

Q. Okay. So you, yourself, you understand you are not a plaintiff in this case. You are a representative of your daughter who is --

A. Yes.

Q. -- the plaintiff. Okay. So have you ever held a representative role as a -- in a lawsuit? In other words, you are representing either another person or an organization in a lawsuit other than this lawsuit?

A. Other than this lawsuit. Yes, I -- I'm not clear on some of the legal delineations. I know -- I know lawsuits in which I have been involved with, but I'm not sure how like what that designation would be.

Q. Okay.

A. But I believe I share that with my lawyers.

Q. That's fair enough. To the best of your ability, again, I -- I know you don't have any notes but just to the best of your ability off the top of your head, can you tell me what lawsuits you have been involved in other than this one?

A. Sure. I made a complaint against C.C. One. It's an education community education council which I served on between 2019 and 2021. That case has been done, resolved. So I was involved in that case. I -- as a plaintiff, I'm also part of CACAGNY. I know you said not including this case so I guess that's -- but other than that as -- as a plaintiff that -- that's it. It was the C.C. One case that I believe has been shared.

Q. Okay. And can you tell me generally what is your understanding of what that

case was about?

A. C.C. meetings are open meetings by law, and I had requested the recording. It was a Zoom recording. I had requested the Zoom recording from a C.C. One meeting and the council president and -- and the D.O.E. refused to give that to me.

Q. And did you -- how was that case resolved?

A. It took many years but it was finally resolved for the -- the defendants to pay for my legal fees. So I -- I -- it was -- it was ruled in my favor. They paid for my legal fees.

Q. Do you know what court that was filed?

A. No. I -- I don't -- I -- I mean, I'm sure it's on the paper. I --.

Q. Yeah. And -- and that's okay. I'm not -- I'm not trying to test you. I'm just --.

A. Yeah, I -- I --

Q. If you know.

A. -- I -- I don't know city, state, federal. I -- I just -- I don't want to say the wrong thing, so.

Q. Okay. Fair enough.

A. You can look at the documents.

Q. Do you -- were you the only, to the best of your knowledge, were the -- you the only plaintiff named in that case?

A. Yes.

Q. And was C.C. -- I think you called him C.C. One, is that right?

A. Yeah, it's -- it's a district of -- yeah.

Q. Okay. Was that the only defendant?

A. No, I believe there were a number of different parties so C.C. One I think we named the president of C.C. One at the time as well as the administrative assistant. And the -- probably the chancellor at that time. Those were I think the -- the named defendants.

Q. And you said that the defendants had to pay for your legal fees. Had you paid out of pocket for those legal fees?

A. Yes.

Q. And so you were personally refunded I guess?

A. Yes.

Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

Q. Money you paid personally?
A. That's correct.
Q. Okay. Have you been involved in any lawsuits on behalf of CACAGNY?
A. Besides this one --
Q. Yes.
A. -- in which I'm a member? No.
Q. When did you first become a member of the Chinese American Citizens Alliance of Greater New York which we are calling CACAGNY which is C-A-C-A-G-N-Y?
A. It was in 2019.
Q. And how did you learn about that organization?
A. Through my advocacy for the specialized high schools.
Q. Okay. So tell me about that advocacy for, you know, specialized high schools. What -- what were you doing prior to CACAGNY to advocate for the specialized high schools?
A. I spoke at public hearings. I shared what was -- what was at stake with fellow parents. I met with fellow parents. We did rallies. We spoke at forums that were put together by state

legislature on the topic to advocate for keeping the specialized high school test.

Q. And was CACAGNY at any of those events or --?

A. Yes.

Q. Okay.

A. Members of CACAGNY, yes.

Q. And were the members that were there, were they there individually or in -- were they there representative of CACAGNY and those events?

A. I don't recall whether they spoke as individuals or as representatives.

Q. How did you join CACAGNY?

A. I attended the meetings.

Q. Was there any application process or anything you had to do to join?

A. I don't remember an application.

Q. Are you aware of whether anyone had to vote you in or if you --?

A. Not as a member. Not as a member. They -- they hold elections for officers, but I'm not an officer.

Q. So it's your understanding that

just being present and participating in the organization gains membership to the organization?

A. Yes, and I took part in a vote in an election.

Q. And what did you vote on?

A. The -- the board of -- of the -- of the group.

Q. Okay. So the members vote on who the board for the organization will be?

A. Yes.

Q. How often does that occur?

A. I attended the one in I think it was 2019.

Q. Do you know whether the organization holds such votes like annually, semiannually, biannually, something else?

A. I do not.

Q. Have you ever held a position within the organization beyond member?

A. No.

Q. Is your husband a member of the organization?

A. No.

Q. Have you ever held a position or

title with CACAGNY?
A. No.
Q. How -- in your time as a member of CACAGNY, how often have you attended meetings or events with the group?
A. Not -- not often in recent years. Most of the activity was in 2019 for me personally. I receive e-mails on a regular basis from CACAGNY and I am in communications with -- with the board members.
Q. Okay. But since 2019 you haven't attended any events, functions, meetings, anything like that with CACAGNY?
A. Not to my knowledge. I mean, we were basically virtual for a couple of years.
Q. Okay. And the -- are there any fees associated with membership?
A. I have not paid any fees.
Q. Do you know if there are any other restrictions on membership? Or, I'm sorry. Strike that.
A. No, I -- I don't.
Q. Do you know if there are any restrictions on membership for --

Yiatin Chu v Betty Rosa - 6-23-2026 - Yiatin Chu

A. I'm not aware of any.
Q. I apologize if I asked this already, but has your husband ever been a member of CACAGNY?
A. No.
Q. Is N.C. a member of CACAGNY?
A. No.
Q. Are you personally aware of any CACAGNY members whose children wanted to apply for a STEP program but could not other than N.C.?
A. I'm not aware of any.
Q. Are you aware of any advocacy or lobbying events or efforts by CACAGNY concerning educational opportunities for children?
A. Yes, generally, yes.
Q. Okay. What events or efforts are you aware of?
A. Is this for a particular time period?
Q. Since your membership in 2019.
A. Oh, 2019. In addition to specialized high school, CACAGNY has been very vocal in the affirmative action case that was ruled in 2023. And they have issued statements about probably

New York educational admissions changes.

Q. Okay. Is there anything else you're aware of other than those?

A. I think mostly related to the specialized high schools, the affirmative action cases. Yeah, those are probably the -- the ones that come to mind.

Q. Okay. And you said that they -- CACAGNY has been vocal with regard to the affirmative action cases. What do you mean by vocal?

A. They have issued public statements about their support for ending affirmative action.

Q. And where have they issued those statements?

A. Well, I --.

Q. On their own website or are they mailing them out? Like what are they --?

A. Yes. I -- I receive them through e-mail.

Q. Do you know if those e-mails are going to people who are not members of CACAGNY?

A. Most likely the press, but I -- other than that I don't know.

Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

Q. Do you know for sure that they're going to the press or do you not know that for sure?

A. I'm not responsible for sending them out so I don't know for sure.

Q. Other than issuing public statements, are you aware of any other ways that CACAGNY has been vocal about affirmative action cases?

A. The president of CACAGNY we went to Washington D.C. together when the hearing was held. I'm not -- I don't know if it's in his personal capacity or as the capacity as president of CACAGNY.

Q. And what hearing are you referring to?

A. The -- the Students for Fair Admissions against Harvard. The Harvard the hearing was held in October of I guess 2022. I can double check my records if you need me to.

Q. Okay. And so you mentioned earlier that the CACAGNY that you were aware that CACAGNY was vocal about a particular affirmative action case in 2023. Is that the Students for Fair Admission case? Is that what you were referring to?

A. Yes. Yes.

Q. And as far as being vocal about that particular case, other than issuing public statements through e-mails are you aware of any other way that the group was vocal about that case?

A. We took part in the rally for the case.

Q. And who is we?

A. Well, I -- I went to Washington D.C. Phil Wong went. There were others but I'm uncertain of their -- and -- and I think Wai Wah (phonetic spelling) was there. She's the charter president.

Q. How did you get to D.C.?

A. We drove.

Q. Individually or together?

A. Phil and I drove. He drove -- Phil drove. I was in the car.

Q. Can you give me an idea of how many CACAGNY members attended that D.C. rally?

A. Other than Phil and Wai Wah I -- I don't know the CACAGNY status of other people that I -- that was down there.

Q. Do you know if CACAGNY paid for

the expenses related to going to that rally?

A. You mean my car ride?

Q. I -- well, yeah. Any expenses associated with getting there, coming back, anything else.

A. I -- they didn't pay for my expenses. I had to stay overnight.

Q. Did you -- you paid for your own expenses?

A. Yes.

Q. Okay. And do you know whether the organization paid for anyone else's expenses?

A. I don't know that.

Q. Did you have banners or anything made for that rally?

A. I didn't carry -- I don't remember if there was a CACAGNY banner at the rally. But I held posters that were made by local parents in D.C.

Q. And --.

A. Posters that I think maybe Phil Wong had made if I recall.

Q. Do you know if CACAGNY paid for the posters that Phil Wong had made?

A. I do not know.

Q. And you -- other than the rally at D.C., are there any other events or -- yeah, advocacy or lobbying events or efforts that you attended with CACAGNY members?

A. Well, I -- I already mentioned the specialized high school. So that was mostly in 2019.

Q. Okay. But nothing since 2019 for you in particular in association with CACAGNY?

A. Other than the Students for Fair Admissions, no, I don't -- can't -- can't think of any others.

Q. Okay. And you said that you were also aware that CACAGNY made statements about admissions changes in the State of New York, is that correct?

A. In New York City, yes. Yes.

Q. Okay. And where -- when you say they've made statements, are you talking about e-mails again or publicly or, you know, can you tell me what you mean?

A. E-mails and I recall seeing also statements on their -- on their Twitter, X -- X,

formerly Twitter.

Q. Okay. Are you aware of any other methods or means that they used to make statements about admissions changes?

A. I recall seeing J.D. reference to those in the Chinese paper and possibly the New York Post and maybe other media outlets. But for sure it was through e-mail for me and I have seen them on their X postings.

Q. On CACAGNY's X postings?

A. I think so, yes.

Q. Do you have any idea how many members CACAGNY has?

A. No.

Q. Are you familiar with Higher with our Parent Engagement or HOPE, H-O-P-E?

A. I'm aware of them.

Q. And how are you familiar with that group?

A. I know -- I know some of the parents that are part of that group.

Q. Are you a member of that group?

A. No.

Q. And you personally know some of

the members, is that what you said?

A. Yes. Yes.

Q. Okay. Now which members of HOPE do you -- are you personally familiar with?

A. I know Yi fang Chen and I believe Miaona. I forget her last name. I -- Miaona Zang or I'm not sure of her last name. I just know her by her first name.

Q. Okay. And for the court reporter, if you don't know but I think that the Yi fang Chen is spelled Y-I-F-A-N-G, C-H-E-N. Does that sound right to you, Ms. Chu?

A. Yes.

Q. Okay. And Miaona Zang, do you have any idea how to spell that?

A. Her first -- I think M-I-A-O-N-A is her first name. I'm not sure of her last name to be honest.

Q. Okay. And how are you familiar with Yi fang Chen?

A. I -- I came to know her during the 2019 -- when -- when I got involved with the specialized high school. Advocacy.

Q. Is Yifang Chen a male or female?

A. Female.

Q. Okay. And so how -- how did you meet?

A. She was a parent that showed up also at some of the hearings about supporting the test. And she was also at a number of the rallies that I attended.

Q. You know if she was present at the hearings and rallies as a member or on behalf of HOPE or if she was there individually?

A. In 2019 it would not have been HOPE. I believe HOPE was -- was not a group until after that.

Q. Okay. And then since then you have maintained -- well, are you and Ms. Chen friends?

A. Yes.

Q. Okay. So since -- strike that.

What year did you meet her?

A. 2019.

Q. And you've been friends since then through today, correct?

A. Correct.

Q. Do you have any knowledge of how

many members HOPE has?

A. No.

Q. Do you have any knowledge of any advocacy that HOPE has, as a group, has participated in?

A. I'm aware of their efforts toward -- I'm aware of their efforts in helping families where the students were built -- bullied at school.

Q. And -- and what are you aware of in terms of how, you know, what they did to help those students?

A. They -- they were a very active group during one of the big bullying incidents in Brooklyn a -- a few years ago.

Q. In what ways were they active?

A. They organized to do a protest.

Q. Are you aware of just one protest or multiple?

A. There were multiple. That was one that I was at so I -- I know that for sure. There may have been others that I'm wasn't, you know, present in, yeah.

Q. Are -- other than the one you were present in, are you aware of HOPE participating

in any other protests?

A. Not to my knowledge, no.

Q. When was the one protest that you were at? When did that occur?

A. I would say maybe it was 2024. I -- I would have to look that up to be sure. It was a pretty public case so it was covered in the media. But it wasn't last year. It may have happened the year before.

Q. Okay. And -- and what was that protest about?

A. It was a -- you know, the case was at the Brooklyn D.A.'s office, and it was -- I don't want to misspeak because -- because I know the case is, you know, I -- I don't know if it's even done at this point. I haven't followed but there was a student that was bullied and another family came to assault, you know, I guess the victim's family. And, you know, they wanted to make sure -- and the D.A. I -- I guess they -- they were -- they were bringing charges to the victim's family and we were there to advocate for them to drop the -- the charges.

Q. Okay.

A. In my very layman way.

Q. Okay. And -- and when you were advocating in that case, were you advocating independently or on behalf of CACAGNY or something else?

A. I -- I was there just as a parent that -- so in my personal capacity.

Q. Do you know if Ms. Chen was at that particular protest that you were at?

A. Yes, she was.

Q. And do you know if she was there on behalf of HOPE or as an individual parent?

A. I don't recall.

Q. Okay. Bear with me a few minutes. Okay? Just give me a few minutes to take a look at my notes.

Okay. Ms. Chu, I just have a couple -- a couple more questions, ma'am. Almost done.

[redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

[redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

[redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted].
[redacted]

Q. [redacted]

A. [redacted].

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Yiatin Chu v Betty Rosa - 6-23-2026 - Yiatin Chu

[redacted]

Q. Have you spoken with N.C. about whether she intends to apply to New York University's STEP program next year?

A. We haven't had that conversation but probably.

MS. GRAY: Okay. Ms. Chu, thank you so much. I have no further questions for you today. I appreciate your time very much.

THE WITNESS: You're welcome. Can I leave now?

COURT REPORTER: Is that -- is that everything from everyone?

MR. HOFFA: I would like a few minutes to take a break and discuss whether or not we'd like any cross examination.

MS. GRAY: Oh, oh sure.

THE WITNESS: Oh, oh, now. Are you -- should -- should I stay on, David?

MR. HOFFA: I'd like to take a quick break and we can discuss.

MS. GRAY: Okay.

MS. WILCOX: Can we go off the record?

(Off the record 3:16 p.m.)

(On the record 3:25 p.m.)

COURT REPORTER: The time is now three twenty-five p.m. You're back on the record.

MR. HOFFA: I don't have any further questions. Thank you for everyone's time today.

(The deposition concluded at 3:25 p.m.)

Yiatin Chu v Betty Rosa – 6-23-2026 – Yiatin Chu

STATE OF )
COUNTY OF )

I, YIATIN CHU have read the foregoing record of my testimony taken at the time and place noted in the heading hereof and do hereby acknowledge:
(Please check one)

( ) That it is a true and correct transcript of same.

( ) With the exceptions noted in the attached errata sheet, it is a true and correct transcript of same.

X__________________________

YIATIN CHU

Sworn to before me this
______day of ______, 2026.
X_______________________
NOTARY PUBLIC
My Commission Expires:
___________________

I, JENNA BRIGGS, do hereby certify that the foregoing testimony of YIATIN CHU was taken by me, in the cause, at the time and place, and in the presence of counsel, as stated in the caption hereto, at Page 1 hereof; that before giving testimony said witness was duly sworn to testify the truth, the whole truth and nothing but the truth; that the foregoing typewritten transcription, consisting of pages number 1 to 95, inclusive, is a true record prepared by Associated Reporters Int'l., Inc. from materials provided by me.

JENNA BRIGGS, Reporter

Yiatin Chu v Betty Rosa - 6-23-2026 - Yiatin Chu

ASSOCIATED REPORTERS INTERNATIONAL, INC.
(800) 523-7887

Date:
Case Name: Yiatin Chu v Betty Rosa
Index Number: 1:24-CV-00075
Deponent: Yiatin Chu
Deposition Date: 6-23-2026
Examining Attorney: Lela Gray, A.A.G.

Dear Ms. Chu:

Please read and make any changes and/or corrections in your testimony and sign the transcript in the presence of a notary public. Please do so within thirty (30) days. If you fail to sign the transcript within thirty (30) days, it will be delivered to the appropriate parties without signature. Return the transcript with corrections, if any, to:

OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
BY: LELA M. GRAY, A.A.G.
The Capitol
Albany, New York 12224

CORRECTIONS:

Pg 18 Line 21 Word or phrase: podiatry
Corrected to: physiatry

Pg 23 Line 4, 8, 12 Word or phrase: Fifteen, Twelve
Corrected to: Thirteen

Pg 36 Line 7 Word or phrase: Double base
Corrected to: Double Bass

Pg 56 Line 16 Word or phrase: it's either 2023 or 2024.
Corrected to: 2023

Pg 72 Line 16,22
Pg 73 Line 3, 6 Word or phrase: C.C. One / C.C.
Corrected to: CEC 1

Pg 89 Line 6 Word or phrase: it was 2024.
Corrected to: it was 2023

Word or phrase:
Corrected to:

Date Signed 9/22/2026

YIATIN CHU

A

**A.A.G** 2:11 98:6,13
**A.P** 24:19 25:5,8,14,16
**A.P.s** 25:16
**ability** 12:20 30:14 38:12 57:19 72:11,12
**able** 25:9 49:8
**abroad** 65:10
**Absolutely** 22:21
**academic** 23:22 45:12,14 93:24
**accessed** 40:7
**accidentally** 22:22
**accomplished** 94:4
**accountant** 61:4,14
**accounting** 61:22
**accounts** 60:18
**accurate** 54:8 56:12,20 59:10
**acknowledge** 96:4
**action** 79:24 80:6,11,14 81:8 81:24
**active** 88:13,16
**activities** 35:3,6 49:23
**activity** 78:8
**actual** 69:6,10
**addition** 79:22
**additional** 27:22 67:2,6
**address** 7:18 15:5,10
**adjusted** 59:9
**administrative** 74:16
**admission** 49:9 81:25 91:2,4
**admissions** 44:21,25 45:3 80:2 81:18 84:13,17 85:5 91:8
**admitted** 30:11 44:22 45:2,9 45:15 91:10
**advanced** 24:16
**advocacy** 1:7 20:7 75:16,19 79:13 84:5 86:24 88:5
**advocate** 75:21 76:2 89:23
**advocating** 90:3,3
**affect** 12:21
**affirm** 7:7
**affirmative** 79:24 80:6,10,13 81:8,23
**afternoon** 6:6 8:3,8
**age** 33:7
**ago** 16:4,6 31:15 88:15
**agree** 22:24 38:9 46:19 54:15 61:10
**Agreed** 53:17
**agreement** 53:6,15 55:7 58:12
**ahead** 33:4 67:11
**Albany** 2:13 98:14
**algebra** 47:5
**Alliance** 1:5 75:10
**allowed** 45:12
**alums** 94:4
**Amended** 4:8
**American** 1:5 51:22 75:10
**analyst** 16:13 17:11,12,16 54:22 55:19,25
**and/or** 98:8
**annually** 77:16
**answer** 11:9,10,18,19,23,25 16:25 52:8
**answered** 38:19
**answers** 5:11 8:23
**apartment** 36:25 60:11
**apartments** 60:12,13
**apologize** 79:3
**appearances** 2:2 6:11
**appearing** 6:14
**applicable** 41:7
**application** 28:20,24 29:3,6 44:13 45:25 62:4,23 63:3,5 63:7,12,20,25 64:6 65:13 65:18 66:17,21 67:13 69:15 76:17,19 91:5 92:12
**applied** 25:21,24 26:18 27:2 27:10,11,14,19 28:15 29:13 29:14 30:16,19 32:23 38:2 45:19,23 50:19 61:23 62:12 62:14 66:16
**apply** 26:14,24 27:3,24 28:11 28:19 30:21 44:8 49:9 51:24 52:6 62:19 64:11,17 64:24 71:2 79:10 90:25 94:6
**applying** 45:10
**appreciate** 94:12
**appropriate** 98:10
**approximately** 60:3 92:4,25
**April** 28:2,14 29:17 62:6,7
**area** 51:19
**areas** 44:18
**arts** 34:11 44:24 45:19
**Asian** 51:22 93:9,19
**aside** 26:16
**asked** 9:11 68:10,12 69:9 79:3
**asking** 24:18 61:20 67:14
**assault** 89:19
**assembly** 19:24,25
**assistant** 8:12 74:16
**associated** 6:8 46:4 78:18 83:5 97:10 98:2
**association** 84:11
**assume** 9:15 63:14
**attached** 96:6
**attend** 24:4,10 44:8,8
**attendance** 38:3 46:4
**attended** 76:16 77:13 78:5 78:13 82:21 84:6 87:8
**attending** 90:20
**attention** 39:20 49:7 57:5
**attorney** 2:10 5:18 6:12,13 6:25 7:3 8:12,13 98:6,12
**attorneys** 5:4 11:22,24 12:6 13:17,22 14:7,13 66:13
**audition** 45:20
**auditions** 45:18
**available** 25:15 26:12 91:18 93:13
**Avenue** 7:20
**average** 42:12
**aware** 25:4 26:12,18 63:17 67:21 76:20 79:2,9,12,13 79:18 80:4 81:7,22 82:5 84:16 85:3,18 88:7,8,10,18 88:25

B

**B** 4:2
**back** 10:12,21 16:10 23:2,18 24:3 27:7 30:6 35:24 45:18 49:13 52:4 58:24 83:5 95:6

**backwards** 31:6
**banner** 83:18
**banners** 83:15
**base** 35:16,18 36:7,7
**based** 28:11 41:9 45:13 91:10,24
**basically** 25:17 70:16,19 78:16
**basis** 36:19 78:9
**Bear** 90:14
**beginning** 6:12 16:7
**behalf** 75:5 87:10 90:4,12
**believe** 42:2,14 57:23 58:23 59:13 63:9 64:3,20,21 68:8 69:7,21 72:8,23 74:13 86:6 87:13 93:8
**best** 16:24 17:5 19:13 32:10 37:22 54:16 56:19 57:19 59:9 72:10,12 74:4
**better** 10:13 43:13
**Betty** 1:1,11 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1,4
**beyond** 63:16 77:20
**biannually** 77:17
**big** 35:15 88:14
**biology** 25:16 47:5
**birthday** 23:13
**bit** 27:7 39:20 41:14
**blanking** 35:16,23
**blow** 39:20
**board** 77:7,10 78:10
**books** 46:4
**born** 23:4
**borough** 60:7
**Boston** 21:16
**bottom** 39:21,22 54:13,17 55:17,20 56:7,12 59:5 66:19
**bought** 58:6
**box** 48:23 55:22
**branded** 64:4
**brass** 35:20
**break** 11:13,17,20 47:17 94:18,24
**breakdown** 93:3,6
**breaks** 11:15 12:12
**Briggs** 1:24 97:2,13
**bringing** 89:21
**Brooklyn** 88:15 89:14
**brought** 45:18
**built** 88:9
**bullied** 88:9 89:18
**bullying** 88:14

**C**

**C** 3:2
**C-A-C-A-G-N-Y** 75:12
**C-H-E-N** 86:12
**C-H-I-U** 15:21
**C-H-U** 7:16
**C.C** 72:16,22 73:3,6 74:7,8 74:14,15
**C.C.N.Y** 29:11 30:10
**C.D.s** 60:18
**CACAGNY** 72:20 75:5,11 75:20 76:4,8,11,15 78:2,5,9 78:14 79:5,7,10,14,23 80:10,23 81:8,10,14,22,23 82:21,23,25 83:18,24 84:6 84:11,16 85:14 90:4
**CACAGNY's** 85:11
**California** 2:8
**call** 27:12,16 45:11
**called** 35:19 41:4 74:8
**calling** 75:11
**Calls** 52:7
**camp** 36:24 37:5,6
**camps** 26:11,17
**capacity** 1:12 81:13,13 90:7
**Capitol** 2:7,12 98:13
**caption** 97:5
**car** 82:19 83:3
**card** 4:6 38:15 40:2,3,14,22 43:4,7 46:18,22 63:14
**cards** 39:17 40:9
**care** 63:15
**career** 37:8,15 50:14
**careers** 37:20
**carry** 47:8 83:17
**case** 8:14 12:4,10 22:19 23:15 27:8 70:5 71:14,18 72:18,19,20,23 73:2,8 74:5 79:24 81:24,25 82:4,6,8 89:8,13,16 90:3 98:4
**cases** 80:7,11 81:9
**cause** 5:20 7:8 97:4
**caused** 17:21 20:3 21:2
**cell** 12:7
**cello** 36:5
**certain** 44:13,18
**certainly** 93:13
**certificate** 60:19
**certified** 5:20
**certify** 97:2
**chancellor** 74:17
**Chang** 20:2
**changed** 44:25 71:4
**changes** 80:2 84:17 85:5 98:8
**charges** 89:22,23
**charter** 82:13
**chat** 12:7 50:2
**check** 17:8 32:8 57:22 81:20 96:5
**Chen** 86:6,12,21,25 87:16 90:8
**child** 21:24 22:2
**children** 21:20,22 44:17 79:10,15
**Chinese** 1:4 75:10 85:7

**Chiu** 15:18
**choice** 30:16 62:9,11 92:8
**choose** 51:15
**chooses** 91:22
**Chu** 1:1,1,4,16 2:1,1 3:1,1,3 4:1,1 5:1,1 6:1,1 7:1,1,6,10 7:11,15 8:1,1,8 9:1,1 10:1,1 10:24 11:1,1 12:1,1,16 13:1 13:1,11 14:1,1 15:1,1 16:1 16:1,23 17:1,1 18:1,1,24 19:1,1 20:1,1 21:1,1 22:1,1 23:1,1 24:1,1 25:1,1 26:1,1 27:1,1 28:1,1 29:1,1 30:1,1 31:1,1,25 32:1,1 33:1,1 34:1,1 35:1,1 36:1,1 37:1,1 38:1,1 39:1,1,11 40:1,1 41:1,1 42:1,1 43:1,1,22 44:1,1 45:1,1 46:1,1 47:1,1 47:17 48:1,1,3,8,21 49:1,1 50:1,1 51:1,1 52:1,1 53:1,1 53:2,20 54:1,1 55:1,1,3,9 56:1,1 57:1,1 58:1,1,8 59:1 59:1 60:1,1 61:1,1 62:1,1 63:1,1 64:1,1 65:1,1,24 66:1,1 67:1,1 68:1,1 69:1,1 70:1,1 71:1,1 72:1,1 73:1,1 74:1,1 75:1,1 76:1,1 77:1,1 78:1,1 79:1,1 80:1,1 81:1,1 82:1,1 83:1,1 84:1,1 85:1,1 86:1,1,13 87:1,1 88:1,1 89:1,1 90:1,1,17 91:1,1 92:1,1 93:1,1 94:1,1,10 95:1,1 96:1,1,3,9 97:1,1,3 98:1,1,4,5,7,25
**Citizens** 1:5 75:10
**city** 27:15,23,23 29:9 30:15 30:17 33:8 40:6 44:24 45:11 47:6 60:6 73:22 84:19
**Civil** 5:5
**clarify** 9:12 12:13 16:23 71:12 91:16
**class** 92:23 93:7
**classes** 47:4
**classmen** 28:13
**clear** 72:3
**co-op** 57:25 58:6 60:10
**college** 27:15,23 29:9 30:17 30:23,24 37:24 93:25
**colleges** 30:14 38:2,5
**column** 41:11,24,24 42:3
**columns** 40:5
**combination** 92:14,21
**come** 11:8 80:8
**coming** 83:5
**commenced** 6:2
**Commission** 96:13
**COMMISSIONER** 1:12
**communicate** 12:3
**communication** 69:14
**communications** 66:12 78:10
**community** 72:16
**company** 16:16 17:11,13,23
**complaint** 4:8 72:15
**completely** 63:21
**component** 45:18
**comprised** 57:11
**computer** 12:7
**concerning** 79:14
**concluded** 95:9
**conclusion** 52:8
**condos** 60:13
**confidential** 22:20 39:5
**confidentiality** 39:6 53:6,15 55:7 58:12
**confirm** 36:17 68:13
**confirmation** 4:16 66:15 68:14
**confused** 56:15
**confusion** 42:18
**consider** 18:12 52:16 93:21
**considered** 52:18
**consistent** 33:21,22
**consistently** 33:19
**consisting** 97:9
**consumed** 12:18
**Cont'g** 10:23 53:19
**Cont'g** 22:25 39:10 43:18
**contacted** 67:2,5,7
**continue** 10:24
**contract** 17:24
**conversation** 11:3 94:8
**copies** 65:13
**copy** 5:20 29:6 65:18 67:17 69:19
**corner** 54:17 56:8 59:5
**correct** 14:21,22 15:7,8 22:7 22:8 23:16,17 29:10 36:23 44:15 47:12,14,15 50:5,20 50:21,25 51:2 52:24 54:22 54:25 56:4,5 57:2 58:20 59:14,17,18 62:17,18 63:22 68:4,5 71:15,16 75:3 84:18 87:23,24 90:20,21 96:5,7
**Corrected** 98:16,18,19,20,21 98:22,23
**correction** 32:3
**corrections** 5:15 98:8,11,15
**correctly** 8:9 52:2 66:23
**correspondences** 69:13
**council** 72:17 73:6
**counsel** 6:11 97:5
**COUNTY** 96:2
**couple** 8:15 23:25 78:16 90:17,18
**course** 24:19 94:2
**courses** 24:17,22,25 25:5,8 25:11 30:14,24 47:8,11,13
**court** 1:2 6:4 9:2,20,22 10:5 10:11,15,21 11:4 22:22 43:10,14,17 53:7 73:14 86:10 94:15 95:5
**cover** 40:20
**covered** 89:8
**COVID** 36:17,18,25
**criteria** 91:8
**cross** 94:19
**current** 15:6
**currently** 18:25 36:6,9
**cutting** 9:23 43:11

**D**

**D** 3:2,2 4:2
**D.A** 89:20
**D.A.'s** 89:14
**D.C** 81:11 82:11,15,21 83:20 84:4

**D.O.E** 73:7
**dad** 37:12
**date** 1:17 16:20 39:22,23 40:2,2,6,7 49:3 62:8 98:3,5 98:24
**dated** 47:14
**dates** 30:6 32:6 46:19
**daughter** 22:7,12 23:7,15 25:18 30:11 39:18 44:22 45:2,5 66:16 71:15,19
**daughter's** 16:4,7 22:6
**David** 2:5 6:14 14:5 39:4 53:8 94:22
**day** 96:11
**days** 38:7 98:9,10
**Dear** 98:7
**debate** 35:10 36:14,15
**decade** 17:18
**December** 41:13 42:6 46:24
**decision** 28:4,6,9 29:18,21 29:25 64:5,8 71:2
**declaration** 48:21 49:8 51:22 52:21
**deem** 47:7
**defendant** 1:14 2:9 7:4 8:14 74:12
**Defendant/Plaintiff** 5:7
**defendants** 73:11 74:18,19
**defending** 6:15
**defense** 14:21
**degree** 21:12,15,18 37:23,25
**delineations** 72:3
**delivered** 98:10
**Department** 70:9
**Deponent** 98:5
**deposed** 8:18
**deposition** 1:16 5:6,8,14,17 5:19,20 6:2,15 8:17 10:25 12:5,8,9,22 13:9,12,16,23 22:11 95:9 98:5
**deposits** 60:19
**describe** 14:10
**Described** 4:4
**designation** 72:6
**details** 29:12 93:12
**difference** 61:13,17 71:5
**different** 44:20 45:3 61:9 74:14 92:16,17
**differentiated** 70:20
**differs** 41:14
**Direct** 3:4 8:6
**directly** 63:25
**disclosed** 39:7 53:7,14 55:8
**discovery** 38:17 53:3,12 55:5 58:9 68:16
**discuss** 12:9 94:18,24
**discussed** 51:7
**district** 1:2,3 74:9
**divide** 40:22
**doctor** 18:16,17,22
**document** 43:19 46:10,12 48:9,10,13,14,16,20 53:3,5 53:13,21,24 55:4,5,9,15 56:6,20 58:9,11,17 60:21 65:25 66:7,13 67:8 68:17
**documentation** 65:19
**documents** 13:13 14:10,10 14:17,19 15:2 39:16 43:19 58:14 63:18 65:22 66:22 67:2,6,20 68:10,11 74:2
**doing** 23:5 75:20
**double** 32:8 36:7,7 81:19
**draw** 39:19 49:6
**drawing** 57:4
**drop** 89:23
**drove** 82:16,18,18,19
**duly** 5:17 97:6
**duration** 19:20

**E**

**e-** 68:6 69:13 84:21
**E** 3:2,2,2 4:2,2
**e-mail** 66:15 67:3,13 68:3,20 68:21 69:4,21 80:21 85:9
**e-mails** 78:9 80:22 82:5 84:24
**E.L.A** 34:9,10,16
**earlier** 35:4 50:3 59:13 62:12 81:22
**early** 29:17 38:7,10 52:4
**easily** 51:20
**education** 1:7,12 18:14 21:8 70:9 72:16,16
**educational** 79:15 80:2
**efficiently** 8:18
**efforts** 79:14,17 84:5 88:7,8
**eight** 51:21 57:6 92:6
**eighth** 31:22 34:6,14,19 47:3 91:7 92:5
**either** 9:10,11 25:5 26:12 33:16 42:5,16 56:16 59:16 61:19 62:7 71:23
**election** 77:5
**elections** 76:23
**eleven** 59:4 60:22 61:17
**eligibility** 70:16,18
**eligible** 51:24 52:5
**else's** 83:13
**Email** 4:16,18
**employed** 18:25 19:4,5 20:12 20:16 54:25 55:24 56:4 59:14,16
**employer** 20:5
**employment** 16:21 19:22 20:4
**encouraging** 28:10
**ended** 46:22
**Engagement** 1:8 85:17
**engineering** 31:4 37:9,11,13 37:15,25 50:4,7
**English** 34:11
**enrolled** 92:25
**ensemble** 35:9
**entry** 49:10
**Erin** 2:6 6:21 14:5
**errata** 96:7
**especially** 42:19
**ESQ** 2:5,6
**essay** 28:21
**essentially** 18:8,10
**events** 76:5,12 78:6,13 79:14 79:17 84:4,5
**everybody** 8:2
**everyone's** 95:8
**Ex** 1:4
**exact** 16:20 62:7
**examination** 3:4 8:6 94:19
**Examining** 98:6

**example** 71:14
**exceptions** 96:6
**exchanged** 38:17 46:8 53:3 53:12 55:5 58:9 68:16
**expenses** 61:3,6 83:2,4,8,10 83:13
**experienced** 57:10
**Expires** 96:13
**explain** 45:6 46:25 52:11 92:3
**express** 51:6
**expressed** 37:23 50:8
**extracurricular** 35:3,6 37:4

**F**

**F** 3:2
**fact** 22:21 67:10 68:12
**facts** 48:15
**fail** 98:10
**fair** 9:17,17 25:10 52:20 72:10 73:25 81:17,24 84:12
**fall** 42:2,4 91:7
**familiar** 70:7 85:16,19 86:5 86:20
**families** 88:8
**family** 21:5 51:23 52:5,13,22 57:14 60:10 68:25 89:18,19 89:22
**family's** 54:18 56:21 59:9 67:17,20 68:9 69:19
**fang** 86:6,12,21
**far** 25:16 82:3
**favor** 73:13
**federal** 5:5 73:23
**feel** 38:24
**fees** 45:24 73:12,13 74:20,21 78:18,19
**fellow** 75:23,24
**female** 86:25 87:2
**field** 18:18
**fields** 32:21,24
**fifteen** 22:3,5 23:4 33:6 54:14 56:9,13
**fifth** 34:5 36:16
**figure** 16:7 42:16
**file** 58:25
**filed** 27:8 58:20,23 73:15
**fill** 63:7 91:23
**final** 40:9 41:21 42:11 43:3
**finally** 73:11
**financial** 16:13 17:11,12,16 54:22 55:19,25 71:4
**fine** 17:4,6 32:13 42:15 48:2
**finish** 11:6
**finished** 11:10
**first** 8:15,22 9:24 33:15 36:19 37:14 38:22 41:11,19 41:20,24,24 42:12 43:3 50:25 75:9 86:9,17,18
**Five** 4:13
**flies** 47:22
**focused** 44:17
**follow** 29:12
**followed** 89:17
**foregoing** 96:3 97:3,8
**forget** 86:7
**form** 5:10
**formerly** 85:2
**forms** 63:7,9,11
**forty-five** 65:25 66:2,20
**forty-seven** 68:17
**forty-six** 66:2
**forums** 75:25
**forward** 13:8
**Foundation** 2:4 6:22
**four** 4:11 42:22
**fourteen** 33:7 53:4,13,22 54:13,18
**fourth** 33:17,17,20,23 34:5 34:14 36:16
**frame** 36:13
**free** 38:24
**freshman** 25:7,8,13,15 38:6
**friend** 49:22,24
**friends** 87:17,22
**full** 11:8
**fun** 47:23
**functions** 78:13
**further** 5:9,13,16 68:11 69:13 94:11 95:7
**future** 28:11 32:3

**G**

**G** 3:2
**gains** 57:6,10 77:3
**general** 2:10 8:12 11:17 51:13,14 57:20 98:12
**General's** 7:3 8:13
**generally** 25:11 28:12 38:14 55:14 57:9 61:2 72:25 79:16 93:4
**geometry** 47:4
**gesture** 9:2
**getting** 9:23 10:7 18:6,7 23:21 83:5
**gifted** 43:8,21,25 44:17
**give** 7:8 8:21,23 9:4 10:3,6 11:15 12:25 16:24 32:10 38:11 41:6 73:7 82:20 90:15
**given** 14:20 68:6 92:13
**giving** 62:24 97:6
**go** 8:15 10:18 13:8 17:7 33:4 56:7 67:11 92:15 95:2
**goes** 53:4 55:12 58:10
**going** 8:15,20 9:15 10:25 11:7 12:8 22:10,10 26:7 27:7 39:5 46:7 47:16,20,24 48:2,4,5 49:6 53:14 54:7 70:20 80:23 81:3 83:2
**good** 6:6 8:8 52:17
**goodness** 35:16,23
**gosh** 19:6 35:17
**gotten** 56:14
**grade** 16:5,8 23:19,23,25 24:2 31:22,23 33:17,18,20 33:23 34:14,14,19 36:16,16 41:9 47:3 51:9 91:7 92:24
**graders** 92:5
**grades** 28:23 40:9 41:7,24 42:2 45:13 46:13 63:14
**graduated** 94:3
**Gray** 2:11 3:4 6:16,17,25 7:2 7:2 8:4,7,11 10:18,23 22:21 22:25 39:3,10 43:10,12,16 43:18 53:11,18,19 94:10,20 94:25 98:6,13
**great** 7:5,25 8:3,11 9:7,15,19

53:18
**Greater** 1:6 75:11
**gross** 59:9
**group** 1:7 77:8 78:6 82:6 85:20,22,23 87:13 88:5,14
**groups** 50:2
**guess** 16:5 17:7 26:25 30:23 31:6,22 40:8 41:12 59:4 72:21 74:24 81:19 89:19,21
**guidance** 70:8,13,15
**guitar** 45:22
**guys** 10:17

**H**

**H** 4:2
**H-O-P-E** 85:17
**half** 20:25 36:2
**hand** 7:6,13 40:13
**hands** 8:25
**happen** 93:16
**happened** 89:9
**hard** 57:18
**Harvard** 81:18,18
**head** 72:13
**heading** 96:4
**headphone** 10:2,4,10
**hear** 9:8,10 10:4,13,16 64:15
**heard** 9:16
**hearing** 5:19 81:11,15,18
**hearings** 75:22 87:6,10
**held** 32:20 71:22 77:19,25 81:12,19 83:19
**Hello** 6:13
**help** 8:16,22 10:3 22:13 88:11
**helping** 28:23 88:8
**hereof** 96:4 97:6
**hereto** 97:5
**high** 24:6,11 30:23 38:3 46:14 47:7,8 52:22 75:17 75:19,21 76:3 79:23 80:6 84:8 86:24 90:19,22 91:18 91:19 92:7,16
**Higher** 1:7 85:16
**highest** 18:14 21:7 91:14,15
**highly** 93:21
**Hoffa** 2:5 6:12,13,14 14:5 22:17,24 39:9 52:7 53:9,17 94:17,23 95:7
**hold** 16:14 21:9 70:3,4,5 76:23
**holding** 52:15
**holds** 77:16
**honest** 12:21,25 16:25 86:19
**honestly** 56:15
**HOPE** 85:17 86:4 87:11,13 87:13 88:2,5,25 90:12
**hopefully** 8:16
**hour** 47:19
**hours** 47:16,18
**house** 58:4
**huh** 45:7
**hundred** 92:25 93:3,7
**husband** 15:15,16,22 17:16 21:17 34:25 52:15 55:24 58:19 59:13 60:3 77:22 79:4
**husband's** 16:11 18:13 54:21 55:18

**I**

**idea** 41:5 52:12 82:20 85:13 86:16 92:22
**impact** 70:25
**impair** 12:20
**important** 8:24 9:4,7 11:2
**incidents** 88:14
**included** 46:24
**includes** 12:6,12 46:25
**including** 12:6 72:20
**inclusive** 1:6 97:10
**income** 51:23 52:5,13,22,23 54:15,18 56:9,23 59:9,20 59:24 60:14 67:8,19 69:19 70:16,17
**independently** 90:4
**Index** 1:10 98:4
**indicate** 28:9 43:20
**indicated** 37:7 50:4,12,24 56:8 59:6,8
**indicates** 40:13 42:23 43:2,7 55:18 57:6 60:22 61:9
**indifferent** 51:8
**individual** 90:12
**individually** 76:10 82:17 87:11
**individuals** 76:14
**influence** 12:19
**information** 17:6 54:11 57:19 62:25 68:11 69:20
**initials** 22:10,14
**inquiry** 69:25
**instruct** 11:24
**instructions** 8:21 10:25
**instrument** 35:10,13,16,17 35:18,20,23 36:10 45:21
**Int'l** 97:11
**intends** 94:6
**interest** 37:15 50:4,7,8,13 51:6 60:15,17 62:14
**interested** 37:8,20 49:13 93:15
**International** 6:9 98:2
**internship** 26:2 27:12
**internships** 25:19,22,24 26:11,15,17 27:16
**involved** 45:25 62:22 72:5,14 72:18 75:4 86:23
**issued** 40:3,5,6,10 70:8 79:25 80:12,15
**issuing** 81:6 82:4

**J**

**J.D** 85:6
**January** 23:2,8,10,12,18,23 24:3,15 26:22,25 27:8,20 35:7 42:6 61:24
**Jenna** 1:24 97:2,13
**job** 52:16
**jobs** 32:21,24
**join** 76:15,18
**jointly** 58:20,23,25
**jump** 11:3
**June** 1:17 40:6,10

**K**

**keep** 32:7 47:24 48:2
**keeping** 76:2

**keeps** 9:23
**kept** 65:17
**kids** 44:13
**kind** 51:8
**know** 8:17,21 9:9 10:17 11:7 16:23,24,25 17:4,8 20:8 22:9,12 25:16 27:12,15 28:24 29:5,7,14 30:3,15 31:2 32:3,10 36:18 37:22 39:25 41:2,7 43:3,5,5 46:21 49:17 50:11 61:12,16,21,22 62:7,14 63:2,6,10,24 65:11 65:17,21,23 66:11,25 68:21 68:24 69:14,18,23 70:4 72:4,4,11,20 73:14,21,22 75:19 77:15 78:20,24 80:22 80:25 81:2,3,5,12 82:23,25 83:12,14,24 84:2,22 85:21 85:21,25 86:6,8,11,22 87:9 88:11,21,22 89:13,15,16,16 89:19,20 90:8,11 92:9 93:12,16
**knowledge** 17:5 37:23 54:16 56:20 59:10 74:4 78:15 87:25 88:4 89:3 93:2,11
**known** 93:24,25

**L**

**label** 41:4 42:19
**language** 34:11
**large** 93:19
**largest** 35:17
**law** 73:4
**laws** 20:8,8
**lawsuit** 71:10,23,24,25 72:2
**lawsuits** 72:4,13 75:5
**lawyer** 66:9
**lawyers** 72:9
**layman** 89:25
**learn** 49:20 51:12 75:14
**learned** 49:17 50:25 51:4,11
**leave** 94:14
**left** 39:22
**legal** 2:4 6:22 52:8 72:3 73:12,13 74:20,21
**legislature** 76:2
**Lela** 2:11 7:2 8:11 98:6,13
**Lester** 20:2
**let's** 27:7,8
**letter** 69:6,12
**letters** 69:13
**level** 18:14 21:7 47:7
**life** 20:10,13
**likewise** 11:9
**limited** 91:17
**line** 54:14 56:8,13 57:5 59:4 59:4 60:22 61:8 66:20
**list** 92:8,11
**listed** 54:17
**little** 9:24 18:3 27:7 39:20 41:14
**lived** 15:9
**lobbying** 79:14 84:5
**local** 83:19
**located** 60:5
**location** 44:13
**log** 69:4,5,11
**long** 15:9 16:14 17:15 19:18 20:22 34:3 48:9
**longer** 10:6 17:19 18:4
**look** 14:16 16:19 19:8,13 30:2 31:17 32:11 48:22 66:3 74:2 89:7 90:16 93:13
**looked** 41:3 58:23
**looking** 17:25 40:10,21 46:24 51:9 54:12 62:13
**loss** 60:22 61:10
**losses** 57:6,10,21 60:25
**lost** 57:14,24
**lot** 8:25 9:2
**lottery** 45:13,16
**low-income** 52:18
**lower** 7:12

**M**

**M** 2:11 98:13
**M-I-A-O-N-A** 86:17
**M.B.A** 21:9,10
**M.D** 18:15 20:21 21:18
**M.I.T** 27:11,22,25 28:15
**ma'am** 8:9,18 11:14 23:10 24:20 48:23 54:7,15 66:3,7 90:18
**mail** 68:7
**mailing** 80:19
**mails** 69:14 84:22
**maintained** 87:16
**majority** 93:19
**male** 86:25
**Mall** 2:7
**Manhattan** 30:17 60:8
**March** 23:13 49:5 52:21 62:7
**Mark** 24:5,23 36:2 40:22 43:2,8,21,25 44:16,19 45:2 45:13 47:3,11
**marked** 4:3 38:18 39:5 46:9 53:21 55:6 56:6 58:14 60:21 65:25
**marketing** 20:21 21:11
**marking** 40:14,18 41:13,20 42:20
**married** 15:12
**materials** 37:13 97:11
**math** 23:5 24:2,17 25:6 31:4 32:21,24 33:10,16 34:2,8 34:16 45:14
**matriculating** 24:12
**matter** 68:12
**mean** 18:19 26:2,9 30:20 34:10 52:12 70:21 71:8 73:16 78:15 80:11 83:3 84:23 91:16 92:2 93:17
**means** 31:2 42:19 71:11 85:4
**media** 19:23 85:8 89:8
**medical** 18:16,17 50:13
**medications** 12:19
**meet** 52:5 87:4,20
**meeting** 14:4,24 73:6
**meetings** 73:3,3 76:16 78:5 78:13
**member** 19:24,25 75:8,10 76:22,23 77:20,22 78:4 79:4,7 85:23 87:10
**members** 76:8,9 77:9 78:11 79:10 80:23 82:21 84:6 85:14 86:2,4 88:2
**membership** 77:3 78:18,21

78:25 79:21
**mention** 41:18
**mentioned** 14:9 29:9 35:4 36:22 37:10,19 49:22 50:3 81:21 84:7
**met** 13:22 75:24
**methods** 85:4
**Miaona** 86:7,7,15
**Michigan** 21:19
**middle** 24:6,8 44:20 45:11
**mind** 80:8
**minute** 10:4
**minutes** 90:15,15 94:17
**missing** 66:22
**misspeak** 89:15
**moment** 38:11
**money** 57:14,24 58:3,4 75:2
**month** 19:5 20:12 26:20 46:21
**months** 19:19,22 23:25 26:13,19 32:17 41:6,15 42:10
**multiple** 88:19,20
**music** 36:3 45:18,20

**N**

**N** 3:2,2 4:2
**N.C** 1:4 22:4,7,11 23:3,19 24:16 27:10 31:11 33:9 34:23 35:2 37:7,23 45:9 49:8,13 50:4,12,18 51:3,22 61:23 64:17,24 65:14,17 67:2 68:9,25 69:18 71:2 79:7,11 90:19 94:5
**N.C.'s** 69:15 92:23 93:7
**N.Y.U** 51:18 64:4
**name** 6:7 7:14 8:9,11 15:17 15:19 22:13,18 35:24 36:8 43:9,24 86:7,8,9,18,18 98:4
**named** 27:22 74:5,14,18
**natural** 11:3
**necessarily** 50:15
**need** 11:13 16:20 23:21 32:2 36:16 70:5 81:20 92:8
**needed** 28:21,21 63:13 91:6
**never** 41:3 50:18
**New** 1:3,6,13 2:10,13 6:8 7:3 7:20 8:12 27:15 29:9 30:15 33:7,7 40:6 44:24 45:11 47:5,6 49:10,14 50:9,19 51:13,15 52:6 60:6 62:20 63:3,25 64:12,18,25 65:14 68:3,7 70:8 71:2 75:11 80:2 84:17,19 85:7 94:6 98:12 98:14
**nineteen** 53:5,13,22
**ninth** 24:2 92:24
**nod** 9:2
**NORTHERN** 1:3
**notary** 2:15 5:15 6:6,7,16,19 6:24 7:5,12,17,21,23,25 8:5 96:12 98:9
**note** 22:17
**noted** 96:4,6
**notes** 14:23 15:3 72:12 90:16
**Notice** 5:8
**noticed** 46:17
**notification** 4:18 68:22 69:2
**November-ish** 41:12
**number** 40:15,18 44:20 49:7 54:10,16 56:10,10,13 57:5 57:11,24 59:5,10 61:9 74:13 87:7 91:17 97:9 98:4
**numbered** 54:14
**numbers** 54:8

**O**

**O** 3:2,2 10:22 38:18,18,22 39:13,13,21 40:13 42:22 43:20,20 46:9
**o'clock** 6:5
**oath** 12:5 13:4
**object** 11:22
**Objection** 52:7
**objections** 5:10
**obtain** 21:12,14,17 28:21
**occupation** 16:11,15 17:17 20:18 54:22 55:19
**occur** 25:14 77:12 89:5
**October** 81:19
**offer** 4:18 24:22,25 28:8 29:22 64:9 68:23
**offers** 92:13
**office** 2:10 7:3 8:13,13 89:14 98:12
**officer** 76:24
**officers** 76:23
**OFFICIAL** 1:11
**offset** 61:6
**oh** 6:19 7:23 19:6 24:3 26:6 35:16,17,23 43:6,12 47:19 79:22 94:20,20,21,21
**okay** 6:16,24 7:5,12,25,25 8:20 9:5,6,13,19 10:9,11,16 10:21,24 11:11,12,20,21 12:10,11,14 13:11,15,19 14:14,18 15:5 16:10,18,22 17:9,10,15,20 18:24 19:12 19:16 20:11 21:2,7 22:9,13 22:16 23:2,14,14,18,24 24:9 25:10,18 26:16,25 27:3,6,18,24 28:3,14 29:2,8 30:9,18 31:5,19,24 32:9,12 32:14,20 33:9,19 34:7,15 35:13,25 36:6,13 37:7 38:11,13,13,16 39:7,11,11 39:15,19,25 40:12,17,25 41:5,18,23 42:8,11,15,21 43:6 44:11 45:5,6,24 46:7 46:17 47:10 48:3,3,6,7,8,16 49:6,20 50:3 52:4,10 53:2,8 53:16,24 54:6,8 55:3,14 56:19 57:4,14 58:8,19 59:3 59:8 60:20 61:8,12,13,19 61:20,23 62:9 63:16 64:5 64:21 65:11,24 66:4,5,6,10 66:19,25 67:5,9 68:2,15,24 69:7 70:3,5,7,21 71:6,17,21 72:7,24 73:18,25 74:11 75:4,18 76:7 77:9 78:12,17 79:17 80:3,9 81:21 83:12 84:10,15,20 85:3 86:4,10 86:15,20 87:3,15,19 89:11 89:24 90:2,14,15,17,19 91:9,21 92:20,22 93:10,15 93:20 94:10,25
**old** 21:24 22:2,5 23:3
**older** 25:12

**oldest** 21:24
**once** 34:21 62:3 64:22
**ones** 27:22 80:7
**online** 63:5,9,11,21 65:14 69:4
**open** 73:3
**opinions** 20:8
**opportunities** 79:15
**opportunity** 31:25 32:4
**opposed** 51:16
**orchestra** 35:18 36:3
**order** 22:19 39:6 92:8
**organization** 71:24 75:15 77:3,3,10,16,20,23 83:13
**organized** 88:17
**original** 5:17,21
**outlets** 85:8
**outside** 31:7
**overnight** 83:8
**owed** 58:2,3,5
**owned** 57:21

**P**

**P** 3:2 38:18,22 39:12,21 40:13 42:22 46:9 53:4,4,12 53:13,21 54:12,17 55:6,6 55:11,12 56:7,13 57:5 58:10,10,14 59:3 60:21 65:25 66:2,19 68:16
**P.D.F** 40:8
**p.m** 1:18,18 6:3,5 10:19,20 10:22 95:3,4,6,10
**Pacific** 2:4 6:22
**page** 38:22 48:22 54:13 57:6 61:9 97:5
**pages** 48:5,9 97:9
**paid** 34:22 73:13 74:20 75:2 78:19 82:25 83:9,13,24
**paper** 73:17 85:7
**paragraph** 49:7 50:16 51:21
**parent** 1:8 85:17 87:5 90:6 90:12
**parents** 38:10 75:24,24 83:19 85:22
**parents'** 50:2
**part** 18:23 19:6,10,17 29:22 63:7 72:19 77:4 82:7 85:22
**part-time** 20:5
**Partially** 56:2
**participate** 27:10 36:14
**participated** 31:6,11 35:2,7 88:5
**participating** 77:2 88:25
**particular** 14:19 37:10 41:4 79:19 81:23 82:4 84:11 90:9 91:11
**parties** 5:4 74:14 98:10
**pause** 11:9
**pay** 46:3 73:11 74:20 83:7
**peer-at** 34:20
**peer-to** 34:20
**penalties** 13:4
**pending** 11:19
**people** 38:7 80:23 82:23
**percent** 93:9,11
**performing** 44:23 45:19
**period** 19:6 34:13 40:14,18 40:19 41:10,13 42:7,13,20 46:15 79:20
**periods** 41:20
**perjury** 13:5
**person** 11:4 71:24
**personal** 54:10 57:18 81:13 90:7
**personally** 63:17 74:23 75:2 78:8 79:9 85:25 86:5
**Phil** 82:11,18,19,22 83:22,25
**phone** 12:7 31:18
**phonetic** 82:13
**phrase** 98:16,17,18,19,20,21 98:22
**place** 96:4 97:4
**placement** 24:16
**plaintiff** 71:6,7,10,13,18,21 72:19,22 74:5
**Plaintiffs** 1:9 2:3 6:14,23
**plans** 65:6,7
**play** 35:14 36:9
**played** 35:10,15 36:4 37:4 45:21
**playing** 45:21
**please** 6:10 7:6,7,13,17 8:23 9:9 11:6,23 12:3 14:11 15:17,20 47:2 49:24 96:5 98:8,9
**pleasure** 36:12
**plug** 10:3
**pocket** 74:21
**podiatry** 18:21
**point** 11:14 22:18 54:7 89:17
**pointed** 42:19
**population** 93:19
**portal** 69:4
**position** 18:11 19:11 20:12 20:23,24 21:3 77:19,25
**possible** 49:22 92:15
**possibly** 85:7
**post** 38:3 85:8
**posters** 83:19,22,25
**posting** 19:23
**postings** 85:10,11
**prefer** 92:9
**preference** 91:25 92:2
**preparation** 14:24
**preparatory** 94:2
**prepare** 13:12,16,22
**prepared** 97:10
**presence** 97:4 98:8
**present** 2:14 14:3,6 77:2 87:9 88:23,25
**president** 20:20 73:6 74:15 81:10,13 82:14
**press** 19:24 80:24 81:3
**presumably** 28:22
**presuming** 28:22 40:23
**pretty** 42:18 51:18 89:8
**printed** 40:8
**prior** 16:18 17:10,12 20:16 31:5,11 37:19 50:11 75:20
**prioritize** 28:13
**privacy** 54:7
**private** 33:12,14,16,24 34:16 34:18,22 44:4
**privileged** 13:21
**probably** 17:18 19:7 29:17 41:9,12,15,16 42:5,6,10 46:24 63:15 69:22 70:2 74:16 79:25 80:7 94:9

**probe** 57:18
**Procedure** 5:5
**process** 44:14,21,25 45:3,8 62:23 63:8,20 76:17
**produced** 58:13
**product** 20:21
**production** 53:7
**program** 4:16 12:7 27:11,13 27:13,14,25 28:4,12,16,19 29:15,19,23 30:3,10,13,21 36:3,4,19 44:21,23,24 45:15,15,20 49:10,14,18,21 50:9,19,20,22,25 51:4,7,12 51:12,16,24 52:6 61:24 63:3 64:12,13,18,18,19,25 65:15 66:16 69:16 70:10 71:3 79:11 94:7
**programs** 26:3 27:2,4,6,9,17 31:7,11 44:20 45:12,14,19 51:17 62:12,13,15,20
**prong** 52:23
**pronouncing** 8:9
**properties** 59:21,22 60:2
**property** 57:13,15,21
**protect** 54:7
**protection** 22:6
**protective** 22:19
**protest** 88:17,18 89:4,12 90:9
**protests** 89:2
**provide** 12:20
**provided** 70:15 97:11
**public** 2:15 5:15 6:6,7,16,19 6:24 7:5,12,17,21,23,25 8:5 20:7 44:5,6 75:22 80:12 81:6 82:4 89:8 96:12 98:9
**publicly** 84:22 93:13
**pull** 58:24
**pursuant** 5:7 39:6
**pursue** 37:24
**pursuing** 37:15
**put** 6:11 54:10 55:8 75:25 92:11,16

**Q**

**qualification** 52:23
**qualify** 52:17,22
**Queens** 60:9
**question** 9:8,9,12,16 11:6,8 11:11,18,19,19,20,24 16:24 43:15 64:15
**questions** 5:10 8:24 11:23 48:6 56:17 90:18 94:11 95:8
**quick** 94:23
**quickly** 8:17
**quite** 17:4 56:17

**R**

**R** 3:2
**race** 70:20,24
**racial** 93:3,6
**raise** 7:6
**rallies** 75:24 87:7,10
**rally** 82:7,21 83:2,16,18 84:3
**rank** 92:8
**ranked** 92:10
**read** 5:14 52:2 66:22 96:3 98:8
**ready** 49:8
**really** 33:6
**reason** 11:15,16 12:24 13:8 25:4 46:25 65:22
**recall** 12:22 19:16 49:25 58:25 76:13 83:23 84:24 85:6 90:13
**receipt** 66:17
**receive** 28:7 29:21,24 69:5 78:9 80:20
**received** 28:3 29:18 60:14 66:20 68:13,25,25 69:13
**recognize** 38:19 39:12 46:9 48:10 53:20 55:9,15 58:13 66:6 68:17
**recollection** 32:11
**recommendation** 28:22
**record** 6:5,11 7:14,18 9:3 10:18,19,20,22 22:18,23 30:25 38:16 39:3,12 46:13 47:9 53:5,11 54:9 55:4 95:2 95:3,4,6 96:3 97:10
**recording** 73:4,5,5
**records** 57:22 81:20
**reference** 85:6
**referring** 22:12 41:20 81:16 81:25
**refunded** 74:24
**refused** 73:7
**regard** 66:13 80:10
**regarded** 51:18
**regarding** 12:4 69:15
**regardless** 70:24
**regent's** 47:7
**regents** 47:4
**regular** 78:9
**rejection** 28:11 69:10
**Rel** 1:4
**related** 12:10 80:5 83:2
**relating** 70:9
**remain** 22:20
**remaining** 93:11
**remember** 16:2,3 32:7,12 76:19 83:18
**renew** 17:23
**rent** 61:6
**rental** 59:21,22 60:2
**repeat** 9:12 64:14
**rephrase** 9:12
**report** 4:6 38:15 39:17 40:2 40:2,8,14,22 43:4,7 46:17 46:22 63:14
**Reported** 1:24
**reporter** 6:4 9:3,20,22 10:5 10:11,15,21 11:5 22:22 43:10,14,17 53:7 86:11 94:15 95:5 97:13
**Reporters** 6:9 97:11 98:2
**represent** 6:22 7:4
**representative** 71:7,10,13,19 71:22 76:11
**representatives** 76:14
**representing** 23:7,15 48:15 71:15,23
**represents** 8:14
**reputation** 94:3
**request** 68:3 69:19
**requested** 13:14 73:4,5
**require** 70:16,17

**required** 62:24
**reserved** 5:11 25:12
**residence** 15:6 57:23
**resolved** 72:18 73:9,11
**respectable** 51:19
**respective** 5:4
**responding** 19:24
**response** 68:6 69:24,24
**responses** 9:4,23 10:6
**responsible** 81:4
**responsiveness** 5:11
**rest** 38:24
**restriction** 20:9
**restrictions** 78:21,25
**retired** 18:8,10
**retrieved** 69:8
**return** 54:13 55:18 56:8 62:25 63:13 98:11
**returned** 5:18
**returns** 4:10,12,14 53:25 55:16 58:18 61:5 63:16 67:17,20,23
**review** 14:19 32:2
**reviewed** 13:13 14:9,11,12
**ride** 83:3
**right** 7:6 8:20 9:9 10:12 11:13 12:15 13:7 17:10,20 22:14 40:12 42:21 54:6,17 55:20 56:7,13 59:5 74:8 86:13
**rigor** 93:25
**robotics** 31:12 32:16 35:4
**role** 71:22
**room** 12:16
**Rosa** 1:1,11 2:1 3:1 4:1 5:1 6:1 7:1,4 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1,4
**rule** 11:17
**ruled** 73:12 79:24
**rules** 5:5 61:22
**run** 10:9 27:14 32:6 41:12
**runs** 31:20 58:10

**S**

**s** 3:2 27:25
**S.H.S.A.T** 91:6 92:6
**Sacramento** 2:8
**safe** 66:11
**salary** 52:17
**sale** 57:12,15,21,24 58:3,6
**satisfy** 51:23
**save** 65:22
**saved** 65:17
**Savings** 60:18
**saying** 10:8 25:14 67:14 92:18
**says** 41:20 49:8 51:22 54:14 56:9 66:20
**scheduled** 30:4
**school** 24:4,6,7,8,9,11 26:8 26:12,15 30:23 32:18,19 34:4,6,20 35:3,9 36:4,11,21 38:3 40:11,24 41:14,17,25 42:10 43:9,24 44:5,5,6,8,12 44:12,14,16,17,19,20 45:23 45:25 46:5,14,16 47:6,7,8 76:3 79:23 84:8 86:24 88:9 90:19,23 91:8,10,18,19,22 92:9,16
**schools** 44:25 45:11 75:17,19 75:21 80:6 92:7,11
**science** 24:17 25:6 31:3,7,10 32:21,24 33:10,16 45:15 49:9 50:13
**score** 91:25 92:14,16
**scores** 91:10,14
**screen** 38:12,13 45:12 48:4
**scroll** 38:21,23,23 42:22 48:4 54:3,5 55:10 66:3
**seat** 91:23 92:13
**seats** 91:18
**second** 9:24 29:8 41:14,19,21 42:3,6,12 43:4,4 66:20 92:10
**see** 38:14,21,23 39:2,22 40:15 42:23 43:22 48:5,23 49:11 51:24 55:11,19 56:10 57:7 59:6 60:23
**seeing** 54:4 84:24 85:6
**seen** 85:9
**semiannually** 77:17
**send** 69:10
**sending** 81:4
**senior** 20:20
**sense** 54:11
**sent** 14:12,16 66:8 67:14
**separate** 42:13
**September** 16:2,8,10 17:21 24:14 40:5 41:11 56:16
**seriously** 18:12
**served** 72:17
**session** 49:10
**set** 8:2
**seven** 4:17 38:18 39:13 46:9 49:7 92:25 93:3,6
**seventh** 16:5,8 23:23 31:22 34:5 51:9
**seventy** 93:8
**Shaleen** 2:15 6:7
**share** 38:12 72:8 93:14
**shared** 62:12 72:23 75:23 93:18
**sharing** 38:13,14,17
**sheet** 96:7
**short** 19:10
**show** 46:8 48:5
**showed** 87:5
**showing** 38:20 48:4,8 53:2 53:12,21 55:3,10 58:8 60:20 65:24 68:15,22
**shown** 39:12

**shows** 61:9
**shy** 9:9
**side** 40:13 66:11
**sign** 5:14 32:4 49:3 98:8,10
**signature** 48:23,25 98:11
**signed** 5:17 48:14 52:21 98:24
**single** 60:10
**sit** 17:3
**sites** 70:15
**situation** 71:4
**six** 4:15 10:22 43:20
**sixth** 34:5 41:9
**slow** 38:24
**snippet** 10:7
**social** 19:23
**sold** 57:23
**sorry** 6:18,19,20 16:3,19 20:17 23:10,20 31:24 32:7 33:4 34:24 36:7 41:9 43:11 43:12 46:23 47:21 53:9 67:11 78:21
**sort** 24:16 38:19 69:14
**sought** 93:21
**sound** 86:13
**sources** 59:19,23
**Spaeth** 2:15 6:7
**speak** 8:25 9:24 13:15
**specialized** 75:17,19,21 76:3 79:23 80:6 84:8 86:24 90:22 92:6
**specialty** 18:19
**specific** 51:13
**spell** 7:13 15:19 86:16
**spelled** 86:12
**spelling** 82:13
**spend** 21:5
**split** 9:24
**spoke** 13:17 75:22,25 76:13
**spoken** 94:5
**spring** 26:25 41:16
**stake** 75:23
**start** 11:8,11 16:4 38:7,10 39:21 41:11 66:2
**started** 36:15,18 41:25
**starting** 33:17 42:3
**starts** 53:4 55:11
**state** 1:13 2:10 6:8 7:3,13 8:13 19:24 20:6,9 47:5 70:8 73:22 75:25 84:17 96:2 98:12
**stated** 97:5
**statements** 79:25 80:13,16 81:7 82:5 84:16,21,25 85:4
**STATES** 1:2
**status** 82:23
**stay** 83:8 94:22
**STEM** 27:13,13,25 28:15 30:14,23 31:2,8
**STEP** 4:16 26:17 27:4,10,19 49:10,14 50:9,20 51:12,12 51:16,16 52:6,23 61:24 62:19 63:3 64:11,13,17,18 64:19 65:3,15 69:16 70:9 71:3 79:11 94:7
**STEPs** 66:16
**STIPULATED** 5:3,9,13,16
**STIPULATIONS** 5:2
**stop** 17:21 20:3 21:3
**stopped** 56:15
**straight** 32:7
**stressful** 21:6
**strike** 14:2 22:23 32:15 50:16,23 65:12 71:7 78:22 87:19
**string** 35:22,23
**strings** 44:23,24
**strong** 93:25 94:2
**student** 25:19,22 70:23 89:18 92:14 93:19
**student's** 91:24
**students** 25:12 30:13,23 44:7 52:19 81:17,24 84:12 88:9 88:12 91:9,23 92:5,7,16,23 92:25 93:3,7,20
**Stuyvesant** 24:11,13 25:2,6 46:14 90:19 91:19
**subject** 22:19 34:19 53:6,15 55:7 58:11
**subjects** 25:15 33:24 34:8 44:18
**submission** 29:3 69:24
**submissions** 29:6
**submit** 45:20 61:3 63:10
**submitted** 13:14 46:15 62:5 63:2,18,25 65:14 67:13,21 68:9
**submitting** 63:17
**substance** 12:20
**successful** 94:3
**Suite** 2:7
**summer** 26:2,11,13,16,18,20 27:2,13,13,17,25 28:15 30:5,7,10 32:17,20,23 35:11 36:23,24 37:5,6 49:11,15,23 50:9,12,20 51:10 62:13,16 63:4 64:25 65:6,15 69:15 70:9
**support** 63:11 80:13
**supporting** 63:18 65:18 68:11 87:6
**sure** 7:19 8:23 9:25 11:10 17:5 18:11 41:8 42:18 56:18,22,24,24 64:16 70:4 70:6 72:5,15 73:17 81:2,3,5 85:8 86:8,18 88:21 89:7,20 91:17 94:20
**sustained** 57:20
**swear** 7:7
**swearing** 6:9
**switched** 36:4
**sworn** 3:3 7:11 8:2 96:11 97:7
**system** 40:7 47:6 68:22 69:11

**T**

**T** 4:2 55:18
**take** 9:3 11:15,17,20 14:23 25:9,13 29:22 30:14,23 44:12 47:7 66:3 90:15 91:6 91:14 92:6 94:18,23
**taken** 5:6 12:18 24:16 25:5 47:11 60:23 96:4 97:3
**talented** 43:8,21 44:2,18
**talk** 8:25 11:2,3 27:8 37:12 51:3
**talking** 41:10 84:21
**tax** 4:10,12,14 53:25 54:13

55:16,17 56:8,25 58:18 59:12 61:5 62:25 63:13,16 67:17,20,23,24 68:10
**taxable** 54:15,18 56:9
**teacher's** 28:22
**Teams** 1:19
**technology** 31:3,7,10 49:9
**tell** 9:16 13:21,25 14:3 17:8 19:13 27:9 30:9,19 32:12 37:14 38:24 57:9,20 72:13 72:24 75:18 84:22 93:5
**telling** 13:20
**tennis** 35:11 36:23 37:4
**term** 40:15,19,24 41:2,3
**terms** 40:23 56:21 88:11
**test** 73:19 76:3 87:7 91:7,10 91:11,14,25 92:7,8
**testified** 59:13
**testify** 97:7
**testifying** 13:4
**testimony** 7:7 12:4,21,25 96:4 97:3,6 98:8
**tests** 45:13
**thank** 7:2 8:4,5 10:15 22:24 39:9 43:17 53:17 94:10 95:8
**thing** 8:22 43:6 73:24
**things** 8:15 9:3 51:9 92:21
**think** 6:17 16:16 23:8 27:19 35:11 36:15 37:6 46:14 51:14 62:6 66:17 74:7,14 74:17 77:13 80:5 82:12 83:22 84:13 85:12 86:11,17
**third** 42:20 92:10
**thirty** 92:5 93:11 98:9,10
**thirty-** 58:14
**thirty-one** 58:11
**Thomas** 15:18
**thought** 42:16 67:12
**thousand** 92:5
**three** 4:9 19:5,19,22 20:11 40:15,18,23 42:10 58:25 60:4 62:15 95:5
**threshold** 51:23 52:5,13 92:17
**time** 1:18 5:7,19 6:4 11:2 13:24 15:24 18:23 19:3,6 19:11,17 20:12,15 21:5 29:16 33:15 34:13 36:13 37:2,3 40:19 41:10 46:15 47:22 50:11 52:14,16,21 53:10 54:21,24 59:4 74:15 74:17 78:4 79:19 94:12 95:5,8 96:4 97:4
**times** 8:25 13:19,22 62:2
**title** 48:16,19 78:2
**today** 6:10,15 8:22 11:14 12:5,21,25 13:4,9,12,23 15:3 17:3 23:25 24:10,16 26:23 27:9,20 31:6,11 32:9 33:20 35:8 45:4 87:23 94:11 95:8
**today's** 12:22
**top** 40:12 42:22 72:13 92:10
**topic** 76:2
**touch** 66:21
**toured** 38:5
**tournament** 31:12 32:16 35:4
**trained** 18:17
**transcript** 32:2,4 39:7 53:8 53:14 54:11 55:9 58:13 96:5,7 98:8,10,11
**transcription** 97:9
**travel** 65:9
**traveled** 65:9
**treated** 70:23
**trial** 5:12,19
**trouble** 9:20,22
**true** 48:15 96:5,7 97:10
**truth** 7:9,9,9 97:7,7,8
**truthful** 12:21,25
**try** 22:12
**trying** 16:2,3,6 73:19
**tuition** 46:4
**turned** 33:5
**tutor** 34:9,12
**tutoring** 33:10,12,14,16,20 33:24,25 34:7,16,18,22
**Twain** 24:5,23 36:3 40:22 43:2,8,21,25 44:16,19 45:2 47:4,11
**Twain's** 45:14
**twelve** 23:8,12 61:8,17
**twenty** 19:6 55:6,11 56:7,13
**Twenty-eight** 21:25
**twenty-five** 55:6,12,18 92:4 95:6
**twenty-nine** 60:21
**twenty-six** 58:10,14 59:3
**twenty-three** 57:5
**Twitter** 84:25 85:2
**two** 4:7 14:7 16:5,17 17:12 20:24 21:23 23:24 27:21,21 31:15 38:18,22 39:13,21 40:13 41:3 43:20 47:16,18 48:9,22 60:8 62:12 92:21
**type** 26:10,11 37:8,11,23
**typewritten** 97:8
**typically** 40:10 41:11 42:6

**U**

**Uh-** 45:6
**Uh-huh** 42:24
**uncertain** 82:12
**understand** 9:8,11 11:25 13:3 23:6,14 30:22 42:17 71:8,18 92:18
**understanding** 14:20 25:11 28:12 30:11 33:6 40:18 41:23 50:18 52:11 63:21 64:11,17 69:3 70:12,14 71:11 72:25 76:25 91:13,22 93:6
**understood** 9:16
**UNITED** 1:2
**units** 61:4,7
**university** 21:16,19 49:10,14 50:9,19 51:13,19 52:6 62:20 63:3 64:2,12,18,25 65:14 68:3,7 69:15 71:3
**University's** 51:16 94:6
**upkeep** 61:4
**upper** 28:13 30:17
**use** 12:7 22:10,13 45:12 47:17 48:17 92:7
**usually** 40:6

**V**

**v** 1:1,10 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1,4
**various** 70:15
**VENUE** 1:19
**verbal** 8:23 9:4
**vice** 20:20
**victim's** 89:19,22
**virtual** 36:19 78:16
**vocal** 79:23 80:10,11 81:8,23 82:3,6
**vote** 76:21 77:4,6,9
**votes** 77:16

**W**

**Wah** 82:12,22
**Wai** 82:12,22
**wait** 11:6,7
**want** 17:6 20:6,7,10 38:25 39:19 43:6 54:5,9 57:18 66:11 73:23 89:15 92:15
**wanted** 21:4 63:14 79:10 89:20
**wants** 37:24
**Washington** 81:11 82:10
**wasn't** 18:6,7 28:23,23 31:21 31:21,21 56:17 70:20 88:22 89:9
**way** 9:11 47:5 57:20 82:6 89:25
**ways** 81:7 88:16
**we'll** 22:22 39:21
**we're** 6:5 22:10 23:24 41:10
**We've** 47:16
**Web** 20:21
**website** 64:4 69:5 80:18
**week** 13:18
**weighted** 42:12
**welcome** 94:13
**went** 81:10 82:10,11
**whatsoever** 13:8
**Whitestone** 7:20,22,23,24 15:6
**Whitestown** 7:21
**widely** 93:18
**wife** 15:15
**Wilcox** 2:6 6:17,21,21 14:5 95:2
**winter** 41:15 42:3
**witness** 5:13,18 6:10 7:15,19 7:22,24 8:2 10:2,9,12,13,16 94:13,21 97:6
**Wong** 82:11 83:23,25
**wood** 35:21
**word** 7:22 98:16,17,18,19,20 98:21,22
**words** 71:23
**work** 15:22,25 16:12 17:16 17:25 18:7 20:7 94:2
**worked** 17:11 18:22 19:17
**working** 6:8 17:21 56:15
**works** 24:2 47:6
**worries** 6:21
**wouldn't** 40:5
**write** 23:21 28:21
**wrong** 73:24

**X**

**X** 1:15 3:2 4:2,2 84:25,25 85:10,11 96:8,12

**Y**

**Y-I-A-T-I-N** 7:15
**Y-I-F-A-N-G** 86:12
**yeah** 10:5,6 17:2 19:12 26:10 32:6 37:2 42:5 54:4 73:18 73:20 74:9,10 80:7 83:4 84:4 88:23 93:17
**year** 22:5 26:8,13,15,21 31:13,21 32:19 34:4,6 36:2 36:25 37:16 40:11,22,24 41:6,17,25 42:10 45:2,10 45:17 46:15,16,21 54:2,19 56:18,25 58:20 59:12,12,19 59:23 64:20,22 67:24 68:10 87:20 89:9,10 92:5 94:7
**years** 16:4,6,17 17:12 20:25 23:22,22,24 28:11 31:15 32:7 46:18 54:2 56:15 57:24 58:25 73:10 78:7,16 88:15
**Yi** 86:6,11,21
**Yiatin** 1:1,1,4,16 2:1,1 3:1,1 3:3 4:1,1 5:1,1 6:1,1 7:1,1 7:11,15 8:1,1 9:1,1 10:1,1 11:1,1 12:1,1 13:1,1 14:1,1 15:1,1 16:1,1 17:1,1 18:1,1 19:1,1 20:1,1 21:1,1 22:1,1 23:1,1 24:1,1 25:1,1 26:1,1 27:1,1 28:1,1 29:1,1 30:1,1 31:1,1 32:1,1 33:1,1 34:1,1 35:1,1 36:1,1 37:1,1 38:1,1 39:1,1 40:1,1 41:1,1 42:1,1 43:1,1 44:1,1 45:1,1 46:1,1 47:1,1 48:1,1,21 49:1,1 50:1,1 51:1,1 52:1,1 53:1,1 54:1,1 55:1,1 56:1,1 57:1,1 58:1,1 59:1,1 60:1,1 61:1,1 62:1,1 63:1,1 64:1,1 65:1,1 66:1,1 67:1,1 68:1,1 69:1,1 70:1,1 71:1,1 72:1,1 73:1,1 74:1,1 75:1,1 76:1,1 77:1,1 78:1,1 79:1,1 80:1,1 81:1,1 82:1,1 83:1,1 84:1,1 85:1,1 86:1,1 87:1,1 88:1,1 89:1,1 90:1,1 91:1,1 92:1,1 93:1,1 94:1,1 95:1,1 96:1,1,3,9 97:1,1,3 98:1,1,4,5,25
**Yifang** 86:25
**York** 1:3,6,13 2:10,13 6:8

7:3,20 8:12 27:15 29:9 30:15 33:7,7 40:6 44:24 45:11 47:5,6 49:10,14 50:9 50:19 51:13,15 52:6 60:6 62:20 63:3,25 64:12,18,25 65:14 68:3,7 70:8 71:2 75:11 80:2 84:17,19 85:7 94:6 98:12,14
**you're** 71:15

**Z**

**Zang** 86:7,15
**Zoom** 73:5,5

**0**

**0** 7:19

**1**

**1** 97:5,9
**1:00** 1:18 6:2
**1:05** 10:19
**1:06** 10:20
**1:24-CV-00075** 1:10 98:4
**11357** 7:20
**12224** 2:13 98:14
**1290** 2:7
**14th** 7:19
**162-50** 7:19
**1991** 21:13

**2**

**2011** 23:4
**2016** 20:17,19
**2019** 72:17 75:13 77:14 78:8 78:12 79:21,22 84:9,10 86:23 87:12,21
**2020** 26:22 44:24
**2021** 15:11 72:17
**2022** 40:14 42:2 81:19
**2022's** 42:2
**2023** 4:10 16:9,11 17:22 19:7 19:17 23:9 27:9,20 35:7 40:14 42:4,23 54:4,5,19 56:16 79:25 81:24
**2024** 4:12 16:6 19:7,7 23:2 23:10,11,12,18,23 24:3,15 26:22,25 31:16 37:6 42:23 46:18,25 47:14 49:5,11,13 49:15 50:9,12,20 52:4,22 55:16,25 56:16,25 57:10 61:24 89:6
**2025** 4:14 24:14 37:17,18 46:19,25 58:18 59:13,23 64:24 67:24 68:10
**2026** 1:17 20:17 28:2,15 30:7 62:6,16 63:4 65:15 69:16 71:2 96:11
**23** 1:17 16:8
**24** 19:17
**29th** 49:5 52:21

**3**

**3:16** 95:3
**3:25** 1:18 95:4,9
**30** 98:9,10
**38** 4:5

**4**

**48** 4:7
**49** 4:9

**5**

**5** 7:19
**523-7887** 98:2
**55** 4:11
**555** 2:7
**58** 4:13

**6**

**6-23-2026** 1:1 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1,5
**65** 4:15
**66** 4:17

**7**

**8**

**8** 3:4
**800** 98:2

**9**

**95** 97:9
**95814** 2:8