**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

N.C. ex rel. YIATIN CHU; CHINESE AMERICAN CITIZENS ALLIANCE OF GREATER NEW YORK; and HIGHER WITH OUR PARENT ENGAGEMENT,

Plaintiffs,

v.

BETTY A. ROSA, in her official capacity as Commissioner of Education for the State of New York,

Defendant.

No. 1:24-cv-00075-DNH-PJE

**NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56**

**(ORAL ARGUMENT REQUESTED)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and upon the attached Attorney's Declaration of Erin E. Wilcox executed on October 13, 2026, Statement of Material Facts, Exhibits, and Memorandum of Law, Plaintiffs N.C. ex rel. Yiatin Chu, Chinese American Citizens Alliance of Greater New York, and Higher with Our Parent Engagement, by and through their attorneys, move this Court for an Order granting Plaintiffs' Motion for Summary Judgment on their claim that the race-based eligibility criteria for participation in the New York Science and Technology Entry Program violates the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

Plaintiffs request that oral argument be held on this motion. The ground for this request is to provide courtroom experience for attorney David J. Hoffa.

Dated: October 13, 2026.

Respectfully submitted,

DAVID J. HOFFA*
Ariz. Bar No. 038052
Pacific Legal Foundation
3241 E. Shea Blvd., Suite 108
Phoenix, AZ 85028
Telephone: (916) 419-7111
dhoffa@pacificlegal.org

**Pro Hac Vice*

*/s/ Erin E. Wilcox*
ERIN E. WILCOX*
Cal. Bar No. 337427
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
ewilcox@pacificlegal.org

William A. Jacobson, Esq.*
Equal Protection Project of the
Legal Insurrection Foundation
18 Maple Ave. 280
Barrington, RI 02806
Telephone: (401) 246-4192
contact@legalinsurrection.com

*Counsel for Plaintiffs*